UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
TIFFANY SIMONE EVANS,

                Plaintiff,

-against-

METROPOLITAN TRANSPORTATION AUTHORITY,
MANHATTAN AND BRONX SURFACE TRANSIT
OPERATING AUTHORITY, ROBERT SHARROCKS
and NEW YORK CITY TRANSIT AUTHORITY a/k/a
MTA NEW YORK CITY TRANSIT,

                Defendants.
-------------------------------------------------------------------- x

Case No. 16-CV-4560
(FB)(VMS)

CONSENT ORDER

THIS MATTER having been opened to the Court on the motion of Plaintiff Tiffany Evans ("Plaintiff Evans") by her undersigned counsel for Plaintiff Evans' attorneys' fees and costs in this action (ECF Doc. 53 et seq.) (the "pending motion"); and Plaintiff Evans and Defendant New York City Transit Authority and the other named Defendants, having agreed to this Consent Order, resolving in its entirety the pending motion as evidenced by the signatures of the undersigned counsel on behalf of Plaintiff Evans and all Defendants on the foot hereof; and the Court having considered the parties' respective submissions on the pending motion and the terms and provisions set forth in this Consent Order; and for good cause shown;

IT IS on this ____ day of _____, 2019,

ORDERED that the Defendant New York City Transit Authority shall pay or cause to be paid the sum of One Hundred Fifty-Seven Thousand and 00/100 Dollars ($157,000.00) for all of Plaintiff Evans' attorney's fees and costs in this action. Such payment: (a) shall constitute satisfaction in full of all claims for attorney's fees and costs by Plaintiff Evans and by her counsel as against any and all of the named Defendants in this action; and (b) shall

1

be made payable to Plaintiff Evans' counsel, Eisenberg & Baum, LLP, on or before the 90th day after the Court's entry of this Consent Order without interest; and it is

FURTHER ORDERED that this Consent Order resolves in its entirety the pending motion for Plaintiff Evans' attorney's fees and costs in this civil action.

/S/ Frederic Block, U.S.D.J.  2/14/2019
Honorable Frederic Block
United States District Judge

WE HEREBY AGREE TO THE FORM, SUBSTANCE AND ENTRY OF THIS CONSENT ORDER:

EISENBERG & BAUM, LLP
Attorneys for Plaintiff, Tiffany Evans

By: _____
Eric Baum, Esq.

Dated: February 13th, 2019

SCHOEMAN UPDIKE KAUFMAN & GERBER LLP
Attorneys for All Named Defendants

By: _____
Steven Gerber, Esq.

Dated: February 13, 2019

2