UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

TIFFANY SIMONE EVANS,

        Plaintiff,

-against-

METROPOLITAN TRANSPORTATION AUTHORITY,
MANHATTAN AND BRONX SURFACE TRANSIT
OPERATING AUTHORITY, ROBERT SHARROCKS
and NEW YORK CITY TRANSIT AUTHORITY a/k/a
MTA NEW YORK CITY TRANSIT,

        Defendants.

---------------------------------------------------------------------- x

Case No. CV-16-4560
(FB)(VMS)

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on November 8, 2018 (ECF Doc. No. 71) in favor of plaintiff Tiffany Simone Evans in a total amount of $32,500 as follows: $25,000.00 against defendants New York City Transit Authority and Robert Sharrocks (incorrectly named as "David Sharrocks" in the judgment) and $7,500 against defendant Robert Sharrocks. Said judgment having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
    ~~March~~ May 1, 2019

EISENBERG & BAUM, LLP

By: _____
Eric Baum, Esq.
Sagar Shah, Esq.
24 Union Square East, 4th Floor
New York, New York 10003
(212) 353-8700
*Attorneys for Plaintiff*

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF YORK           )

On the 1st day of May ~~March~~ 2019, before me personally came Eric Baum to me known and known to be a member of the firm of Eisenberg & Baum, LLP, attorneys for Tiffany Evans in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

SAGAR SHAH
Notary Public - State of New York
No. 02SH6330449
Qualified in New York County
My Comm. Expires Sep. 14, 2019

_____
Notary Public