**ORIGINAL**

September 20, 2019

Hon: Fredric Block
United States District Court
Easter District of New York
225 Cadman Plaza Brooklyn New York 11201
To: The Honorable Judge Fredrick Block


RECEIVED SEP 20 2019 PRO SE OFFICE

Docket # 16-CV-4560  I Tiffany S. Evans am writing this letter to inform you of my position at NYCTA/MTA. Although during training I was repeatedly harassed and retaliated against I did pass my training and am qualified currently as MTA bus operator. Until today the harassment and retaliation continues by likes of the Director of Grand avenue depot. Clarissa Barracoles.

The court authorized the recording of my training sessions, which I utilized and these such recordings will support my allegations. I informed my attorneys Eric Baum and Sagar Shah immediately of my issues. Mr Baum expressed to me that the case was over and that he would not voice my concerns to the court. For months I have pleaded with Mr Baum to help me resolve what was going on. This all started on May 2, 2019. Mr Baum advised me to resolve it on my own through the job.

I have had several conversations with Mr Baum/Shah asking why the evidence which was paystubs from working at Fresh Direct which Mr Baum has in his possession wasn't submitted to the court in regards to supporting the award of $100,000 in lost wages to be upheld. Mr Baum made it very clear that it wasn't in the best interest of his financial benefit to receive 40% of $132,500; which would be awarded to myself. Therefor going and applying for fees seperately without my authorization. In conclusion recieving $152,000+ pluse and myself recieving $32,500. Your court authorized the video recordings and Mr Baum held my voice I feel gagged and bound. There are a few more issue along with evidence that I would like to submit. I am requesting a meeting with the court in the mean time I am currently writing a letter with the details and evidence of all issues dealing with this case

Sincerely yours [signature]  Docket # 16-CV-4560

```
CO.     FILE    DEPT.    CLOCK   NUMBER
CYS     614296  010003           0001256888    1
                         005-0003
```

# Earnings Statement 

U.T.F. TRUCKING, INC
23-30 BORDEN AVE
LONG ISLAND CITY, NY 11101

Period Beginning:   08/21/2017
Period Ending:      08/27/2017
Pay Date:           08/31/2017

Taxable Marital Status:  Single
Exemptions/Allowances:
   Federal:  2
   NY:       2

TIFFANY EVANS
295 JACKSON STREET
BROOKLYN NY 11211

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 40.00 | 560.00 | 560.00 |
| Overtime | 21.0000 | 2.47 | 51.87 | 51.87 |
| Shift Premium | 0.7500 | 2.50 | 1.87 | |
| Training | | | | 437.50 |
| Gross Pay | 14.4511 | 42.47 | $613.74 | 1,051.24 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -53.09 | 79.75 |
| | Social Security Tax | -38.05 | 65.18 |
| | Medicare Tax | -8.90 | 15.24 |
| | NY State Income Tax | -21.42 | 32.40 |
| | New York Cit Income Tax | -15.95 | 24.59 |
| | NY SUI/SDI Tax | -0.60 | 1.20 |
| | **Other** | | |
| | Grocerypurchase | -31.48 | |
| | **Net Pay** | **$444.25** | |
| | **Net Check** | **$444.25** | |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 718-928-1322

IF YOU HAVE A PAYROLL ISSUE, PLEASE CONTACT YOUR MANAGER

IF YOUR MANAGER DOES NOT RESPOND IN 24 HOURS, SPEAK TO THE HR DEPARTMENT

Your federal taxable wages this period are $613.74

```
FILE DEPT.    CLOCK    VCHR. NO.
CYS  614296  010003   0001423927  1
                     005-0003
```

# Earnings Statement

![ADP]

U.T.F. TRUCKING, INC
23-30 BORDEN AVE
LONG ISLAND CITY, NY 11101

Period Beginning: 10/09/2017
Period Ending: 10/15/2017
Pay Date: 10/19/2017

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  NY: 2

TIFFANY EVANS
295 JACKSON STREET
BROOKLYN NY 11211

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 40.00 | 560.00 | 3,843.00 |
| Overtime | 21.0000 | 9.48 | 199.08 | 490.77 |
| Shift Premium | 0.7500 | 2.50 | 1.87 | |
| Training | | | | 437.50 |
| **Gross Pay** | 15.3789 | 49.48 | **$760.95** | 4,783.29 |

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | | -75.17 | 374.55 |
| Social Security Tax | | -47.17 | 296.56 |
| Medicare Tax | | -11.04 | 69.36 |
| NY State Income Tax | | -30.92 | 154.25 |
| New York Cit Income Tax | | -22.35 | 115.26 |
| NY SUI/SDI Tax | | -0.60 | 5.40 |
| Other | | | |
| Uniondues | | | 33.00 |
| **Net Pay** | | **$573.70** | |
| **Net Check** | | **$573.70** | |

Your federal taxable wages this period are $760.95

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 718-928-1322

IF YOU HAVE A PAYROLL ISSUE, PLEASE CONTACT YOUR MANAGER

IF YOUR MANAGER DOES NOT RESPOND IN 24 HOURS, SPEAK TO THE HR DEPARTMENT

© 1998, 2006 ADP, LLC All Rights Reserved

```
CO.    FILE    DEPT.   CLOCK  NUMBER
CYS    614296  010003         0001377865  1
                        004-0003
```

# Earnings Statement

**U.T.F. TRUCKING, INC**
23-30 BORDEN AVE
LONG ISLAND CITY, NY 11101

Period Beginning:  09/25/2017
Period Ending:     10/01/2017
Pay Date:          10/05/2017

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  2
  NY:       2

TIFFANY EVANS
295 JACKSON STREET
BROOKLYN NY 11211

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 20.75 | 290.50 | 2,971.92 |
| Shift Premium | 0.7500 | 1.00 | 0.75 | |
| Overtime | | | | 291.69 |
| Training | | | | 437.50 |
| **Gross Pay** | 14.0361 | 20.75 | **$291.25** | 3,710.14 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 718-928-1322

IF YOU HAVE A PAYROLL ISSUE, PLEASE CONTACT YOUR MANAGER

IF YOUR MANAGER DOES NOT RESPOND IN 24 HOURS, SPEAK TO THE HR DEPARTMENT

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -9.13 | 288.16 |
| Social Security Tax | | -18.06 | 230.03 |
| Medicare Tax | | -4.23 | 53.80 |
| NY State Income Tax | | -4.42 | 118.07 |
| New York Cit Income Tax | | -3.54 | 88.69 |
| NY SUI/SDI Tax | | -0.60 | 4.20 |
| **Other** | | | |
| Uniondues | | -33.00 | 33.00 |
| **Net Pay** | | **$218.27** | |
| **Net Check** | | **$218.27** | |

Your federal taxable wages this period are $291.25



| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| CYS | 614296 | 010003 | | 0001352469 | 1 |

## Earnings Statement

003-0003

U.T.F. TRUCKING, INC
23-30 BORDEN AVE
LONG ISLAND CITY, NY 11101

Period Beginning: 09/18/2017
Period Ending: 09/24/2017
Pay Date: 09/28/2017

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  NY: 2

TIFFANY EVANS
295 JACKSON STREET
BROOKLYN NY 11211

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 38.58 | 540.12 | 2,681.42 |
| Shift Premium | 0.7500 | 1.72 | 1.29 | |
| Overtime | | | | 291.69 |
| Training | | | | 437.50 |
| Gross Pay | 14.0334 | 38.58 | $541.41 | 3,418.89 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 718-928-1322

IF YOU HAVE A PAYROLL ISSUE, PLEASE CONTACT YOUR MANAGER

IF YOUR MANAGER DOES NOT RESPOND IN 24 HOURS, SPEAK TO THE HR DEPARTMENT

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -42.24 | 279.03 |
| | Social Security Tax | -33.57 | 211.97 |
| | Medicare Tax | -7.85 | 49.57 |
| | NY State Income Tax | -17.05 | 113.65 |
| | New York Cit Income Tax | -12.95 | 85.15 |
| | NY SUI/SDI Tax | -0.60 | 3.60 |

Net Pay  $427.15

Net Check  $427.15

Your federal taxable wages this period are $541.41



CYS 614296 010003 0001328236 1

**Earnings Statement** ADP

003-0003

U.T.F. TRUCKING, INC
23-30 BORDEN AVE
LONG ISLAND CITY, NY 11101

| | |
|---|---|
| Period Beginning: | 09/11/2017 |
| Period Ending: | 09/17/2017 |
| Pay Date: | 09/21/2017 |

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 2
    NY: 2

TIFFANY EVANS
295 JACKSON STREET
BROOKLYN NY 11211

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 35.52 | 497.28 | 2,141.30 |
| Shift Premium | 0.7500 | 1.65 | 1.24 | |
| Overtime | | | | 291.69 |
| Training | | | | 437.50 |
| **Gross Pay** | 14.0349 | 35.52 | **$498.52** | 2,877.48 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -35.81 | 236.79 |
| | Social Security Tax | -30.90 | 178.40 |
| | Medicare Tax | -7.23 | 41.72 |
| | NY State Income Tax | -14.52 | 96.60 |
| | New York Cit Income Tax | -11.17 | 72.20 |
| | NY SUI/SDI Tax | -0.60 | 3.00 |
| | Other | | |
| | Union Iniciatio | -25.00 | |
| | **Net Pay** | **$373.29** | |
| | **Net Check** | **$373.29** | |

Important Notes
YOUR COMPANY'S PHONE NUMBER IS 718-928-1322

IF YOU HAVE A PAYROLL ISSUE, PLEASE CONTACT YOUR MANAGER

IF YOUR MANAGER DOES NOT RESPOND IN 24 HOURS, SPEAK TO THE HR DEPARTMENT

Your federal taxable wages this period are $498.52

COPY COPY

© 2017 ADP LLC

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| CYS | 614296 | 010003 | | 0001304474 | 1 |

003-0003

U.T.F. TRUCKING, INC
23-30 BORDEN AVE
LONG ISLAND CITY, NY 11101

# Earnings Statement

ADP

Period Beginning: 09/04/2017
Period Ending: 09/10/2017
Pay Date: 09/14/2017

Taxable Marital Status:  Single
Exemptions/Allowances:
    Federal:    2
    NY:         2

TIFFANY EVANS
295 JACKSON STREET
BROOKLYN NY 11211

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 40.00 | 560.00 | 1,644.02 |
| Overtime | 21.0000 | 11.42 | 239.82 | 291.69 |
| Shift Prem Ot | 1.1100 | .37 | 0.41 | |
| Shift Premium | 0.7500 | 2.13 | 1.60 | |
| Training | | | | 437.50 |
| Gross Pay | 15.5937 | 51.42 | $801.83 | 2,378.96 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 718-928-1322

IF YOU HAVE A PAYROLL ISSUE, PLEASE CONTACT YOUR MANAGER

IF YOUR MANAGER DOES NOT RESPOND IN 24 HOURS, SPEAK TO THE HR DEPARTMENT

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | | -81.31 | 200.98 |
| Social Security Tax | | -49.72 | 147.50 |
| Medicare Tax | | -11.62 | 34.49 |
| NY State Income Tax | | -33.55 | 82.08 |
| New York Cit Income Tax | | -24.13 | 61.03 |
| NY SUI/SDI Tax | | -0.60 | 2.40 |
| Other | | | |
| Grocerypurchase | | -10.50 | |
| Union Iniciatio | | -25.00 | |
| Net Pay | | $565.40 | |
| | | | |
| Net Check | | $565.40 | |

Your federal taxable wages this period are $801.83

CO. BILL DEPT. BLOCK NUMBER
CYS 614296 010003 0001278854 1

004-0003

U.T.F. TRUCKING, INC
23-30 BORDEN AVE
LONG ISLAND CITY, NY 11101

# Earnings Statement

Period Beginning: 08/28/2017
Period Ending: 09/03/2017
Pay Date: 09/07/2017

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  NY: 2

TIFFANY EVANS
295 JACKSON STREET
BROOKLYN NY 11211

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 37.43 | 524.02 | 1,084.02 |
| Shift Premium | 0.7500 | 2.50 | 1.87 | |
| Overtime | | | | 51.87 |
| Training | | | | 437.50 |
| Gross Pay | 14.0499 | 37.43 | $525.89 | 1,577.13 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 718-928-1322

IF YOU HAVE A PAYROLL ISSUE, PLEASE CONTACT YOUR MANAGER

IF YOUR MANAGER DOES NOT RESPOND IN 24 HOURS, SPEAK TO THE HR DEPARTMENT

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -39.92 | 119.67 |
| | Social Security Tax | -32.60 | 97.78 |
| | Medicare Tax | -7.63 | 22.87 |
| | NY State Income Tax | -16.13 | 48.53 |
| | New York Cit Income Tax | -12.31 | 36.90 |
| | NY SUI/SDI Tax | -0.60 | 1.80 |
| | Other | | |
| | Grocerypurchase | -4.75 | |
| Net Pay | | $411.95 | |
| Net Check | | $411.95 | |

Your federal taxable wages this period are $525.89

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| CYS | 614296 | 010003 | 0001232382 | 1 | |

004-0003

U.T.F. TRUCKING, INC
23-30 BORDEN AVE
LONG ISLAND CITY, NY 11101

# Earnings Statement

Period Beginning: 08/14/2017
Period Ending: 08/20/2017
Pay Date: 08/24/2017

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  NY: 2

TIFFANY EVANS
295 JACKSON STREET
BROOKLYN NY 11211

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Training | 14.0000 | 31.25 | 437.50 | 437.50 |
| Gross Pay | 14.0000 | 31.25 | $437.50 | 437.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -26.66 | 26.66 |
| | Social Security Tax | -27.13 | 27.13 |
| | Medicare Tax | -6.34 | 6.34 |
| | NY State Income Tax | -10.98 | 10.98 |
| | New York Cit Income Tax | -8.64 | 8.64 |
| | NY SUI/SDI Tax | -0.60 | 0.60 |

| Net Pay | $357.15 |
|---|---|
| Net Check | $357.15 |

Your federal taxable wages this period are $437.50

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 718-928-1322

IF YOU HAVE A PAYROLL ISSUE, PLEASE CONTACT YOUR MANAGER

IF YOUR MANAGER DOES NOT RESPOND IN 24 HOURS, SPEAK TO THE HR DEPARTMENT

COPY