

**Tiffany Evans, 347.355.5423 direct**
**Tiffanyevans83@gmail.com**
**951 Hoe Avenue (apt. 7-B),**
**Bronx, N.Y. 10459**


**Conference Meeting Requests with judge Block**

VIA HAND DELIVERY
Hon Frederick Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

April 27, 2020

Re:     Evans v. Metropolitan Transportation  Authority, et al.
            Docket No.: 16-cv-4560

Judge Block,

   This is Tiffany Evans the plaintiff in the above referenced  matter. I respectfully request Chief Judge

Roslynn R. Mauskopf be present as a witness for a conference to discuss the following issues:


1. The Court's current jurisdiction in respect to Docket No.: 16-cv-4560.

   See (case 1:16-cv-04560-FB-VMS Document  60-1 Filed 03/20/18 Page 558 of 663 PageID#: 2150, Line

11 - 17.

   THE COURT: Mr. Gerber has a comment.

   Mr. GERBER:  The problem with the theory,  your Honor,  is that there's a one year probation period,

even if she passed the job.

   THE COURT:  You may be correct... You may want to quit while you're ahead...."

   Plaintiff's, "one year probation period", has been extended four months. By the MTA. (as the

retaliatory, biased/unequal, treatment driven and abusers of authority,  they  are over the plaintiff.  As

her  employer.)

I

Plaintiff's current probationary year expires: October, 2020. In contrast to Plaintiff original "one year probation period", ending date of: April, 2020.)

Also See: Case 1:16-cv-04560-FB-VMS Document 60-1. Filed 03/20/18 Page 661 of 663 PageID #: 2253.

THE COURT: ..." You can always settle the case at any time and you have information now, You're sophisticated lawyers, and it's always good if the parties can settle their differences. If you can't well that's what they have me for."

2. "Nunc Pro Tunc": The blatant violation and disregard for this Court's "*** AMENDED *** Judgment in a civil case, CV-16-4560(FB)(VMS), Dated: 11/7/2018.

(By MTA Superintendent Olivia, Superintendent CHARMAINE King, Superintendent Herbert Gonzalez, Mr. Andrew Napoli, Safety and training director, Zerga MTA Training Center also MTA's Equal Employment Opportunity and Diversity Director Mr. Antonio Seida, Ms. Marissa J. Kang, Director, EEO Investigations

3. Back and Front pay and punitive damages.

Addressing the Plaintiff's upwardly mobile, intended career path, (such as those MTA employees deposed in my case, with Careers In Administration or managerial positions of over 30 years) plans and goals as an MTA employee. Plaintiff's MTA employee health examinations. Affirming Plaintiff's fitness for duty. And all other Information this Court needs to move forward in amending this judgment in this civil case that is whole and complete justice under the law.

See (Case 1:16-cv-04560-FB-VMS Document 60-1. Filed 03/20/18. Page 184 of 663 PageID #: 1776.

"MR. GERBER: We also have Mr. Napoli, he will be a short witness. he's the director of transit.

THE COURT: I don't know how long they will be. You know better than I. But it's good that we will be able to wrap the wrap this case up by Tuesday.

I remember seeing your claim for damages. I hear nothing at all that can warrant any award for economic damages. I'm a little confused and puzzled. I know she went to work after a year for Fresh Food or FreshDirect I don't hear any knowledge. I don't know what you're talking about. There is no economic damage award that's going to be offered in this case.

2

MR. BAUM:  She testified that she was making -- she is making $15 an hour.  The Transit job she

testified she would start at 22, it would go up to 25 when he she actually started driving, and would go

all the way up to $35 an hour. That shows a differential of what she is making now --.

THE COURT:   I don't know how long she plans to work I don't know how many hours she's working. I

mean I will listen to her. What is your dollar claim?  You have a number.

MR. BAUM: I have to think that through. I don't have -- I don't do the calculation, Your Honor.

THE COURT: How old is she? I don't remember her testifying.

MR. BAUM: Thirty-four years old.

THE COURT:  How long is her work expectancy?

MR. BAUM: There is a table --

THE COURT:  Mr. Baum, I want to have an absolute proposal of you --

MR. BAUM: Sure.

THE COURT:  What do you say about that, Mr. Gerber.

MR. GERBER:  Well. I say Your Honor, two things.  First of all the issue of lost wages in loss

compensation is a jury question but it requires evidence,  it requires--

THE COURT:   That's why I asked him, what is his evidence that supports that.

MR. GERBER: And  I don't think that there is any evidence in the record based upon her guesses of

what she was making that would win that award.

With respect to front pay, Your Honor, in the event of liability, that is an equitable remedy to be decided

by the court.

THE COURT:  I guess if she is going to make a claim about her wages in the future, you think it's for the

court to decide as a matter of front pay.

MR. BAUM:  What's that I said initially but you disagreed with me.

MR. GERBER Did not disagree with his you.

THE COURT: Just one second.  So I will have the discretion to award or not award, right?

MR. GERBER:  It's an equitable remedy; that's correct, Your Honor.

THE COURT'S:  Restitution, she's not looking to return to her job.

MR. BAUM:  She is.

THE COURT: So restitution we can decide also, right?

MR. BAUM:  Either return to a job, or at least order her to be given a new test.

THE COURT:  I guess we can deal with that after the jury renders its verdict. We can flesh that out one way or the other when we see whether we need ANYTHING further on those issues.

MR. BAUM: One more thing, Your Honor.

THE COURT: With the back pay,  it would be up to the present date? And that is for the jury to decide?

MR. BAUM:  I imagine it is.

 And also Your Honor, we did submit a charge for punitive damages under the New York City human rights law.

THE COURT:   When we do the charge, I guess we can do it all at that time.")


4. WRIT OF EXECUTION  for compensatory ($7,000,000) and also punitive ($750,000,000.00) damages .


5. Plaintiff Evans, respectfully request a clerk from Chief Judge Mauskopf's office be a witness at this requested conference.

Addressing This Court's lack of diligence, in addressing the issues of, tangible, monetary amounts to be awarded  to the Plaintiff. In proper levels and portioned in such manner as to authoritatively notify the MTA they should never violate an employee's protected activity rights. A good way to start would be to not lack diligence investigating complaints. Especially a complaint that could result in a Federal Case with the triple abuse of power violations  being racial, sexual, retaliatory, in nature.  (Please see any interview Mr. Frederick Block states: "You do not want a very old judge and you do not want a judge that is very new...)

   See Case 1:161:16-cv-04560-FB-VMS Document 60-1 Filed 03/20/18 Page 2 of 663 PageID #:1594.

January 17, 2018,10:00 a.m. PROCEEDINGS:

   THE COURT:  "... So it is  a good day to start the trial, and you are ready with your opening statement, the jurors are all here, and we are going to get started, okay.

4

MR. BAUM: Judge, I guess you haven't made a ruling yet on the prior complaint, so we'll stay off

that--

THE COURT: Let us hear how it goes. We are not going to allow similar complaints to be introduced

in evidence. Let us hear the questions and let's hear the answers. At that time, I will make my rulings.

But as a general proposition, as you know, Mr. Baum, as an outstanding lawyer, propensity, unless there

is some special quality about it that is relevant in this particular case.

Sit down. Let us bring the jurors in.

You know I'm going to be tough on you." ...

PageID #: 1595

MR. BAUM: I know. Can I say something?

THE COURT: No. Let us see how it goes in the real world. When it comes to that point when you are

asking questions, if there is an objection, I will make the objection, right.

MR. GERBER: I certainly will be ready to make the objection, and it will not be a speaking objection,

your Honor, but I think that I know when it will come out, and I think that if you wanted to address it

during a break-- we're not going to get there. I think -- if he's going to ask him, he's going to ask Mr.

Sharrocks --

THE COURT: We can talk about it later on. let us get started. I would like to use the jurors' time

effectively.

MR. GERBER: Me too, Your Honor.

THE COURT: If you want to chitchat when we have the time to do that, I'm not opposed to that.

MR. GERBER: Judge, there will be plenty of time to deal with that on a quick break.

THE COURT: All right. Mr. Baum knows how I run the courtroom because he has been abused by me I

the past. " (WHAT!!!)

WHAT THIS RESULTED IN WAS A HOLLOW AND EMPTY JUDGMENT IN the Plaintiff's FAVOR.

See (Case 1:16-cv-04560-FB-VMS Document 57-1 Filed 03/09/18 Pages 38 and 39 of 663 PageID #:682,

PROCEEDING Lines: 4 - 25 and 683, EVANS - DIRECT - BAUM, LINES: 1 - 7.

"MR. BAUM: I just wanted to discuss the issue regarding damages quickly.

THE COURT: We don't have to do that now.

MR. BAUM: There would be some potential questions for witnesses.

THE COURT: You are going to bifurcate this for sure.

MR. BAUM: So, Your Honor, if I may. Dr. Lubit, who is the psychiatrist, he's available to come tomorrow. He's only going to be about 45 minutes to an hour. He's probably not available next week because he's got other trials. I might lose him. I'd like to capture his testimony.

The questions of the plaintiff in this case on damages is maybe 10 or 15 minutes, and Dr. Lubit is 45 minutes to an hour, so can I at least get his testimony in so we can have it?

THE COURT: Well let me think about this. We might be able to do that. I can instruct the jury appropriately, I guess, about it.

MR. BAUM: And also it might be more efficient, because otherwise my client's going to lose more time from work. "...

(PageID #:683)

..." THE COURT: I don't know what kind of a damage claim you have. I haven't even focused on it.

Mr. Baum: Right.

THE COURT: You're suing under the state and the city laws, okay, and there are a lot of permutations in that law when you talk about damages. "

See (Transcript of Trial,Just After Verdict Page 96 Line:

"Mr. Baum:   Yes, your Honor. A few things, your Honor. The issue regarding future lost earnings and potentially ordering Ms. Evans to receive a position with the Transit   Authority or reinstatement, an equitable remedy which your Honor has the right to order.

THE COURT: I guess when it comes to future wages, that would be for the court. We discussed that already. You've ask for a reinstatement here as an equitable remedy.

MR. BAUM:   That too and also legal fees. We meet may we addressed that in a briefing as well?

THE COURT: Okay. So by all means you in your briefing you can make your application for additional relief form the court in the exercise of its equitable powers; you can make that. I don't  See a lot in here

in terms of futures because I don't really know, as I told you before, how long she's going to be working. I don't know whether you really want to press that.

MR. BAUM:   I would like to brief the issue.

THE COURT: You can brief the issue, but I don't see where you have enough right now where I can award futures I don't think there's adequate proof of how long she plans to work.  I don't know what her health is. I don't know what her work life expectancy is. I have no idea. As far as reinstatement is concerned, I'll listen to what your adversary says about that also. Maybe if she wants to be reinstated, there certainly ample opportunity to negotiate a settlement here in exchange for some of these monetary awards. You may want to say we'll forego that, if she can get her job back.

Think about it.  There's Room here for you folks to talk no question about it she doesn't strike me as a person who would not make a good bus driver I wouldn't mind being in her bus as a passenger she looks like she has the physical ability the mental toughness to be able to do that as long as she avoids curbs.

Sometimes we get cases where you're dealing with you can understand why an employer may not want to rehire somebody based on the nature of the charges. I don't see that here. Nobody said she's a bad person. Nobody says she's an abusive person. Nobody says she's and incorrigible potential employee.  it seems to me she would be able to drive a bus..."

I got the chills when I read this. Seeing as to what happened with my 100K in lost wages. In retrospect I see the invisible hand of the puppet master at work.

As was revealed in your courtroom. Sharrocks has the personality of a sleazeball. His employment history should have been dissected before the jury. Mr. Carpenter's complaint, was. Mr. Carpenter's complaint. simple. My complaint was my  complaint, simple.

If it shows a pattern of Sharrocks behavior. Then Sharrocks should not behave as a sleazeball while training drivers. Simple.

And the MTA should not condone nor coverup nor retaliate on behalf of the federally convicted sleazeball Sharrocks. Simple.

But being on the job. I see his legacy. The place is full of them. And not just Herbert Gonzalez. I am being forced to endure hostile behavior and situations on a regular basis.

7

I know  the jury did not find Sharrocks and the MTA guilty of retaliation. But they are guilty of it now.

See (Transcript of Trial. January 24, 2018, page 75, Line: 7 - 15, Charge of the Court:

  "The Court: If you award punitive damages, you should award an amount sufficient, but not greater

than the necessary, to serve the twin purposes of the punishing extreme or outrageous behavior and

deterring similar conduct in the future.  You should not consider the defendant's financial ability to pay

the award.

Punitive damages must be awarded in an amount set, based on  calm discretion and reason. They must

never be awarded because of sympathy, bias or prejudice...". HOW MUCH TO BE AWARDED TO

PLAINTIFF EVANS SHOULD BE AN AMOUNT SUFFICIENT TO INVOKE TRUE POLICY REFORM IN THE MTA'S

EEO INVESTIGATION'S OF COMPLAINTS...

See (Transcript of trial, January 24, 2018 page 601.)  The COURT: "Now, I'm telling you my view of this

case...""If there is a verdict for the plaintiff,  I'm going to seriously consider...whether in the interest of

justice I should set it aside."

See Transcript of Trial  January 24, 2018 page 602 .) Court: "If you folks think it's easy to manage a case

like this,  let alone the Amtrak case and let alone the Five Points case,  you got another guess coming to

you."  ...

See:  Transcript of Trial, January 24, 2018, page 641, Lines: 12 - 25. Rebuttal - Baum

  Mr. Baum:  "... The documents,  when you look at them, regarding the driving, do

THE COURT:   "What would Mr. Gerber do if he was wearing the black robes,  what would Mr.

Weintraub if he was wearing the black robes,  what would Mr. Baum do? I have given the plaintiff a

fair trial here.  Whether it was too fair or not,  Mr. Shah do you want to put some more possible

problems into the case?" ... " You ought to think realistically about thanking the judge for giving your

client a fair trial. "

 New York City Transit

# DEPARTMENT OF BUSES
## STUDENT BUS OPERATOR ROAD TRAINING COURSE
### <u>DAILY TASKS CHECKLIST - DAY 1</u>

DATE: 4-30-19    CLASS: 4/29/19    INSTRUCTOR: King(?)

STUDENT: Terann Owins    PASS/PAYROLL#: 202 545    DEPOT: _____

- STUDENT FAMILIARIZED WITH LOCATION AND FUNCTION OF ALL DRIVER COMPARTMENT CONTROLS AND PROPER SEQUENCE IN STARTING AND SHUTTING OFF BUS.  INSTRUCTOR DEMONSTRATED THE SEQUENCE OF ENGAGING PARKING BRAKE, NEUTRAL GEAR AND INTERLOCK TO PREVENT BUS MOVEMENT, WHENEVER VACATING SEAT WITH ENGINE ON.

  ☐YES

COMMENTS:

- STUDENT FAMILIARIZED WITH PROCEDURES FOR EXTERIOR AND INTERIOR PRE TRIP INSPECTION IN ACCORDANCE WITH DMV-CDL AND NYC TRANSIT STANDARDS, INCLUDING HEIGHT, WIDTH AND WEIGHT OF VEHICLE.

  ☑YES

COMMENTS:

- STUDENT FAMILIARIZED WITH ALL AIR BRAKE TESTS, SPRING BRAKE, PARKING BRAKE AND SERVICE BRAKE, ALONG WITH FUNCTIONS OF DOOR HANDLE, RETARDER, INTERLOCK SYSTEM AND SHIFT WITH AUTHORIZATION.

  ☐YES

COMMENTS:

- STUDENT FAMILIARIZED WITH AND WAS GIVEN THE OPPPORTUNITY TO CONDUCT THE FOLLOWING BASIC DEFENSIVE DRIVING MANUEVERS:

  SEAT BELT AND SEAT ADJUSTMENT          RIGHT SIDE SPACING/COVERAGE
  MIRRORS ( SET UP/PURPOSE/USE )          USE OF DIRECTIONALS
  PUSH & PULL STEERING METHOD             BRAKING
  RIGHT & LEFT  (L) TURNS *(EMPHASIS ON PIVOT POINT)*   FORWARD PLANNING

  ☑YES

COMMENTS:

INST. _Scott King_    STUDENT'S SIGNATURE _____

1

# DEPARTMENT OF BUSES
## STUDENT BUS OPERATOR ROAD TRAINING COURSE
## DAILY TASKS CHECKLIST - DAY 2

DATE: _____ CLASS: _____ INSTRUCTOR: _____ BUS#_____

STUDENT: _____ PASS/PAYROLL#: _____ DEPOT:_____

<u>NOTE:</u> **ALL UNSATISFACTORY CHECK-OFFS MUST BE ACCOMPANIED WITH APPROPRIATE COMMENTS INDICATING THE INSTRUCTOR'S EVALUATION FOR THIS RATING.**

- STUDENT INSTRUCTED ON "S" OR HOOK TURNS. EVALUATED ON ABILITY TO PERFORM VARIOUS TURNING MANUEVERS WITH EMPHASIS ON PROPER FORWARD PLANNING, SET UP, MIRROR USE, PIVOT POINT, SPEED, CLEARANCES, AND FOLLOW THROUGH TO COVER RIGHT.

SATISFACTORY ☑     UNSATISFACTORY ☐

COMMENTS_____

- STUDENT INTRODUCED TO LIGHT DRIVING CONDITIONS.

| | SAT | UNSAT | | | SAT | UNSAT |
|---|---|---|---|---|---|---|
| SEAT BELT | ☑ | ☐ | | MIRRORS | ☐ | ☑ |
| STEERING | ☐ | ☑ | | DIRECTIONALS | ☐ | ☐ |
| PROPER SPEED | ☑ | ☐ | | BRAKING | ☑ | ☐ |
| RIGHT SIDE SPACING | ☐ | ☑ | | TURNS | ☐ | ☐ |
| FORWARD PLANNING | ☑ | ☐ | | | | |

COMMENTS _TB at 39Av & Crossbay Blvd right lead tire mounted the curb. Must observe mirror & should down to avoid curb. Need to observe right side spacing._

- STUDENT INSTRUCTED ON STARTING, STOPPING & PARKING ON INCLINES & DECLINES, AND REQUIREMENTS WHEN APPROACHING RAILROAD CROSSINGS AND DRAWBRIDGES.

SATISFACTORY ☑     UNSATISFACTORY ☐

COMMENTS _____

- OVERALL PERFORMANCE OF TASKS LEARNED ON DAY 1 AND 2.

DEMONSTRATED BASIC DEFENSIVE DRIVING TECHNIQUES WHILE PERFORMING THESE TASKS.

SATISFACTORY ☐     UNSATISFACTORY ☑

COMMENTS _Needs to observe steering along highway. Must check mirror every 3 to 5 second to maintain space in lane, with proper steering._

- MINIMUM TIME ALLOTTED TO STUDENT ON SKILL DEVELOPMENT WAS **1 HOUR AND 15 MINUTES.**

YES ☑     NO ☐

COMMENTS _____

INST. _____     STUDENT _____

2

MTA New York City Transit

# DEPARTMENT OF BUSES
## STUDENT BUS OPERATOR ROAD TRAINING PROGRAM
## <u>DAILY TASKS CHECKLIST - DAY 3</u>

DATE: _____ CLASS: _____ INSTRUCTOR: _____ BUS#_____

STUDENT: _____ PASS/PAYROLL#: _____ DEPOT: _____

INSTRUCTOR DEMONSTRATED AND STUDENT PERFORMED WHEELCHAIR LIFT/RAMP OPERATION.
STUDENT INSTRUCTED ON MAXIMUM WEIGHT ON LIFT, SECURING OF WHEELCHAIR
(LOCKING DEVICE / TIE DOWN STRAPS) AND ADA REQUIREMENT REGARDING ANNOUNCEMENTS.

**SATISFACTORY** ☑ **UNSATISFACTORY** ☐

REMARKS: _____

---

• BUS STOPS DEMONSTRATED BY INSTRUCTOR, FOLLOWED BY STUDENT.

|  | SAT | UNSAT |  | SAT | UNSAT |
|---|---|---|---|---|---|
| DIRECTIONALS | ☑ | ☐ | OBSTRUCTED | ☐ | ☑ |
| KNEELER | ☑ | ☐ | UNOBSTRUCTED | ☑ | ☐ |
| OBSERVATION (DOORS) | ☑ | ☐ | NEAR / FARSIDE | ☑ | ☐ |
| LEAVING CURB | ☑ | ☐ | AFTER RT. OR LEFT TURN | ☑ | ☐ |

COMMENTS: (TB) at 126st & Shea Rd. right rear tire
Mounted the curb. Must observe all Mirrors
Regularly. Need to Create Space by Counter Steering
to avoid the curb.

---

• INSTRUCTOR REVIEWED PROCEDURES TO BE TAKEN FOR EQUIPMENT FAILURES, FARE BOX AND
RADIO LOG ON, SHORT FARE BEATERS, AND SCHOOL BUS – SCHOOL ZONE REGULATIONS.

**SATISFACTORY** ☑ **UNSATISFACTORY** ☐

REMARKS: _____

• OVERALL PERFORMANCE OF TASKS LEARNED ON DAYS 1 AND 2.

DEMONSTRATED BASIC DEFENSIVE DRIVING TECHNIQUES WHILE PERFORMING THESE TASKS.

**SATISFACTORY** ☐ **UNSATISFACTORY** ☑

REMARKS: Reinstructed to forward and observe obstructed
area. Manage Space. (TB) 1 at Astoria & 80st
Bus roll backwards. Must observe proper
Gear before proceeding into traffic.

---

• MINIMUM TIME ALLOTTED TO STUDENT ON SKILL DEVELOPMENT WAS **1 HOUR AND 15 MINUTES**.

**YES** ☑ **NO** ☐

REMARKS: _____

INSTRUCTOR: _____ STUDENT: _____

(iii) New York City Transit

# DEPARTMENT OF BUSES
# STUDENT BUS OPERATOR ROAD TRAINING COURSE
# DAILY TASKS CHECKLIST - DAY 4

| DATE: 12/19 | CLASS: 11/29/11 | INSTRUCTOR: _____ |
| STUDENT: _____ | PASS/PAYROLL#: _____ | DEPOT: _____ |

**NOTE: ALL UNSATISFACTORY CHECK-OFFS MUST BE ACCOMPANIED WITH APPROPRIATE COMMENTS INDICATING THE INSTRUCTOR'S EVALUATION FOR THIS RATING.**

• STUDENT DEMONSTRATED AN UNDERSTANDING OF PIVOT POINT BY MANEUVERING AROUND "EL" PILLARS.

SATISFACTORY ☑   UNSATISFACTORY ☐

COMMENTS:

• STUDENT DEMONSTRATED THE ABILITY TO PERFORMAN EXTERIOR AND INTERIOR PRE-TRIP BUS INSPECTION, FOLLOWED BY A COMPLETE DMV-CDL AIR BRAKE SYSTEM SAFETY CHECK.

SATISFACTORY ☐   UNSATISFACTORY ☑

REMARKS: Need to complete the air broke test

• INSTRUCTOR DEMONSTRATED AND STUDENT PERFORMED PARKING, STRAIGHT LINE BACKING AND USE OF PULL-UP OPTION IF NEEDED.

SECURED BUS BEFORE EXITING, CHECKED CLEARANCES BEFORE BACKING   YES ☑  NO ☐

| SOUNDED HORN | YES ☑ | NO ☐ | USED PULL UP | YES ☑ | NO ☐ |
| OBSERVATION BACKING | YES ☑ | NO ☐ | HIT CURB PARKING | YES ☐ | NO ☑ |
| YIELDS TO PASSING VEH | YES ☑ | NO ☐ | HIT CURB BACKING | YES ☐ | NO ☑ |
| SATISFACTORY PARK | YES ☑ | NO ☐ | SATISFACTORY BACK UP | YES ☑ | NO ☐ |

COMMENTS:

• OVERALL PERFORMANCE OF TASKS LEARNED ON DAYS 1 THROUGH 3, DEMONSTRATED BASIC DEFENSIVE DRIVING TECHNIQUES WHILE PERFORMING THESE TASKS.

SATISFACTORY ☐   UNSATISFACTORY ☑

COMMENTS: (B) at Joseph q Smith Must observe Stop sign when approac. the intersection. Need to Scan mirrors every 3 to 5 second & forward plan hazards 1/2 block

• MINIMUM TIME ALLOTTED TO STUDENT ON SKILL DEVELOPMENT WAS 1 HOUR AND 15 MINUTES.

YES ☑   NO ☐

COMMENTS:

STUDENT'S SIGNATURE _____   INST. _____

 New York City Transit.

# DEPARTMENT OF BUSES
## STUDENT BUS OPERATOR ROAD TRAINING COURSE
## <u>DAILY TASKS CHECKLIST - DAY 5</u>

DATE: 5/6/19   CLASS: 4/29/19   INSTRUCTOR: _King_

STUDENT: _Tiffany Evans_   PASS/PAYROLL#: 1242549   DEPOT: QueensVillage

<u>NOTE:</u>  ALL UNSATISFACTORY CHECK-OFFS MUST BE ACCOMPANIED WITH APPROPRIATE COMMENTS INDICATING THE INSTRUCTOR'S EVALUATION FOR THIS RATING.

- STUDENT PERFORMED IN MODERATE – HEAVY TRAFFIC CONDITIONS, WITH EVALUATION ON THE FOLLOWING TASKS:

| TASK | SAT | UNSAT | TASK | SAT | UNSAT |
|---|---|---|---|---|---|
| SEAT BELT | ☑ | ☐ | MIRRORS | ☐ | ☑ |
| STEERING | ☑ | ☐ | DIRECTIONALS | ☐ | ☑ |
| PROPER SPEED | ☐ | ☑ | BRAKING | ☑ | ☐ |
| RIGHT SIDE SPACING | ☑ | ☐ | TURNS | ☑ | ☐ |
| BUS STOPS | ☑ | ☐ | FORWARD PLANNING | ☐ | ☑ |

COMMENTS: _Failed to use the proper Speed for Condition (@ passing hazard) impedes traffic. (TB) at C.P. West & 85st going through a red light. Failed to demonstrate proper Judgement approaching intersection_

- STUDENT INTRODUCED TO LIGHT HIGHWAY DRIVING

| TASK | SAT | UNSAT | TASK | SAT | UNSAT |
|---|---|---|---|---|---|
| ENTERING | ☑ | ☐ | VEHICLE CONTROL | ☑ | ☐ |
| MIRROR USAGE | ☑ | ☐ | LANE CHANGE | ☑ | ☐ |
| FOLLOWING DISTANCE | ☑ | ☐ | OVERALL SPEED | ☐ | ☑ |
| OVERHEAD CLEARANCES | ☑ | ☐ | EXITING | ☐ | ☑ |

COMMENTS: _Failed to use proper acceleration_

- OVERALL PERFORMANCE OF TASKS LEARNED ON DAY 1 THROUGH DAY 4. DEMONSTRATED BASIC DEFENSIVE DRIVING TECHNIQUES WHILE PERFORMING THESE TASKS.

SATISFACTORY ☐          UNSATISFACTORY ☑

COMMENTS: _Reinstruct to observe Mirrors when passing hazard. (TB) at 1st Ave & 86. Extremely close to Park vehicle._

MINIMUM TIME ALLOTTED TO STUDENT ON SKILL DEVELOPMENT WAS 1 HOUR AND 15 MINUTES

YES ☑          NO ☐

INST. _Supt. King_          STUDENT'S SIGNATURE _____

5

 New York City Transit

# DEPARTMENT OF BUSES
## STUDENT BUS OPERATOR ROAD TRAINING PROGRAM
## __DAILY TASKS CHECKLIST – DAY 6__

DATE: 5/1/19   CLASS: 4/29/19   INSTRUCTOR: King

BUS OPERATOR: Tiffany Evans   PASS/PAYROLL#: 1242319   DEPOT: Queens Village

> NOTE: ALL UNSATISFACTORY CHECK-OFFS MUST BE ACCOMPANIED WITH THE APPROPRIATE
> COMMENTS INDICATING THE INSTRUCTOR'S EVALUATION FOR THIS RATING.

STUDENT PERFORMED IN MODERATE – HEAVY TRAFFIC FOR 2ND DAY WITH INSTRUCTOR EVALUATION
OF THE FOLLOWING:

|  | SAT | UNSAT |  |  | SAT | UNSAT |
|---|---|---|---|---|---|---|
| SEAT BELT | ☑ | ☐ | MIRRORS | | ☐ | ☑ |
| STEERING | ☑ | ☐ | DIRECTIONALS | | ☐ | ☑ |
| PROPER SPEED | ☐ | ☑ | BRAKING | | ☑ | ☐ |
| RIGHT SIDE SPACING | ☑ | ☐ | TURNS | | ☑ | ☐ |
| BUS STOPS | ☑ | ☐ | FORWARD PLANNING | | ☐ | ☑ |

COMMENTS: TB at Astor Pl & Cooper Sq. to avoid
contact at the left rear of park MTA bus.
Right mirror & bumper of b/o's 4700 (training bus) was
extremely close to bus park into bus stop.

INSTRUCTOR REVIEWED DMV-CDL REQUIREMENTS UNDER 19A AND THE CDL ROAD EXAMINATION
PROCEDURES.   Failed to observe traffic & surrounding.

YES ☑   NO ☐

COMMENTS _____

Failed to make adjustment to space that's
available to the left.

INSTRUCTOR REVIEWED POST TRIP REQUIREMENTS REGARDING BUS PULL INS.

YES ☑

COMMENTS _____

Failed to properly signal & use caution & stop
when approaching bus on Astor Pl & Cooper Sq

MINIMUM TIME ALLOTTED TO STUDENT ON SKILL DEVELOPMENT WAS 1 HOUR AND 15 MINUTES

YES ☑   NO ☐

COMMENTS  Failed to reduce speed approaching
hazard/traffic condition. Failed to observe
mirrors before merging into left lane.

*NOTE – 19-A PAPERWORK TO BE STARTED FOR STUDENTS POSSESSING CDL LICENSES

INST. Supt King   STUDENT'S SIGNATURE _____

6

# DEPARTMENT OF BUSES
## LINE TRAINING QUALIFICATION - DAY 7

BUS# 4454    DATE:

STUDENT: _____    PASS # _____    INSTRUCTOR: King

## I. PRE-TRIP INSPECTION

- EXT. BODY, LIGHTS, REFLECTORS ☐
- TIRES, RIMS, LUGS, LEAKS ☐
- BODY PARTS ☐
- SAFETY EQUIPMENT (FIRE EXT) ☐
- EMERGENCY EXITS ☐
- SEATS/ GRAB RAILS/ FLOORS ☐
- PASSENGER ENTRY/EXIT DOORS ☐
- STEERING WHEEL, DIRECTIONALS ☐
- INTERIOR LIGHTS ☐
- HORN, WIPERS, HEATER, DEFROST ☐
- GAUGES, SWITCHES, LIGHTS ☐
- AIR BRAKE TEST ☐
- MIRRORS ☐ *OK*
- BRAKE TEST (SERVICE/PARKING) ☐
- B/O SEAT BELT ☐

## II. STREETS OF THE CITY

- FORWARD PLANNING ☑
- OBSERVATION/JUDGMENT ☑
- SIGNALING ☐
- TURNS:  WIDE ☐  STRUCK CURB ☑
- PROPER USE OF MIRRORS ☐
- PROPER SPEED ☐
- BUS STOPS ☐
- STOPPING POSITION ☐
- RIGHT SIDE COVERED ☑
- CONTROL ON UP & DOWN GRADE ☐
- VEHICLE CONTROL ☐
- BRIDGES/UNDERPASS ☐
- RAILROAD CROSSINGS ☐
- LANE POSITION/CHANGE ☐

## III. HIGHWAY DRIVING

- OBSERVATION/JUDGMENT ☐
- PROPER SPEED ☐
- ENTERING ☐
- LANE CHANGE/POSITION ☐ *OK*
- SIGNALING ☐
- VEHICLE CONTROL ☐
- EXITING ☐

## IV. BACK-UP & PARKING

### PARALLEL PARKING

- OBSERVATION/JUDGMENT ☐
- VEHICLE CONTROL ☐
- PULL-UPS ☐ *OK*
- TOO FAR FROM OR HIT CURB ☐

### STRAIGHT LINE BACKING

- OBSERVATION/JUDGMENT ☐ *OK*
- VEHICLE CONTROL ☐
- UNABLE TO BACK STRAIGHT ☐
- PULL-UPS/HIT CURB ☐

**COMMENTS:** (TB) at Conduit/Blvd & Belt parkway East right rear Wheel mounted the Curb. Failed to observe roadway & forward in Creating Space, to avoid hazard & (TB) at pennsylvania & Seaview to avoid Contact, & Car passing on right side of bus. failed to covered right side. ~~Match~~ failed to secure the

QUALIFIED FOR LINE TRAINING ☐

**NEEDS ADDITIONAL TRAINING** ☒

CDL–19A ROAD TEST COMPLETED ☐
bus before Exiting P.N.I

### REASON FOR DISQUALIFICATION
failed to engage parking brake.

- ACCIDENT ☐
- SERIOUS VIOLATION ☐
- DANGEROUS ACTION ☐
- UNSATISFACTORY ☐
- NEEDS MORE EXPERIENCE ☐

STUDENT B/O: _____    INSTRUCTOR: _____ King

Report at M. Clara Hale 7 ___ at ___ 6AM with

Between

1:30 → 3:30 No Calls or Text
KING APPROACHED ME CLAPPING HER
HANDS WHILE I'M SEATED IN THE FIRST SINGLE
CHAIR FACING FOWARD. TELLING ME I CANT BE ON
THE PHONE I STATED TO HER THAT I JUST FINISHED
REORDING OUR CONVERSATION ABOUT MY DAY 7
TASK SHEET. ALL OF THIS WHILE A STUDENT OPERATOR
IS DRIVING AND HER BACK IS OPPOSITE THE ROAD
STEELE IS DRIVING. AND SHE JUST FINISHED
TELLING HIM HE HAS PROBLEMS WITH THE
INTERSECTION BUT SHE PASSED HIM. THIS ONE OF THE
ISSUES I MENTIONED TO HER. SHE ASKED FOR
MY SHEET BACK TO WRITE THAT I DIDNT ENGAGE
THE PARKING BRAKE. AFTER SHE WROTE HER OBSERVATION

8

**DEPARTMENT OF BUSES**

| LINE TRAINING: | QUALIFICATION | DAY 8 ☐ | DAY 9 ☐ |
|---|---|---|---|

STUDENT: _____ PASS # 41 361   INSTRUCTOR: _____   DATE: _____

## I. PRE-TRIP INSPECTION

- EXT. BODY, LIGHTS, REFLECTORS ☐
- TIRES, RIMS, LUGS, LEAKS ☐
- BODY PARTS ☐
- SAFETY EQUIPMENT (FIRE EXT) ☐
- EMERGENCY EXITS ☐
- SEATS/ GRAB RAILS/ FLOORS ☐
- PASSENGER ENTRY/EXIT DOORS ☐
- STEERING WHEEL, DIRECTIONALS ☐
- INTERIOR LIGHTS ☐
- HORN, WIPERS, HEATER, DEFROST ☐
- GAUGES, SWITCHES, LIGHTS ☐
- AIR BRAKE TEST ☐
- MIRRORS ☐
- BRAKE TEST (SERVICE/PARKING) ☐
- B/O SEAT BELT ☐

COMMENTS: _____

Reviewed B/o ON S/Turn
Set up

## II. STREETS OF THE CITY

- FORWARD PLANNING ☐
- OBSERVATION/JUDGMENT ☐
- SIGNALING ☐
- TURNS:   WIDE ☐   STRUCK CURB ☐
- INSUFFICIENT USE OF MIRRORS ☐
- IMPROPER SPEED ☐
- BUS STOPS ☐
- STOPPING POSITION ☐
- RIGHT SIDE COVERED ☐
- CONTROL ON UP & DOWN GRADE ☐
- VEHICLE CONTROL ☐
- BRIDGES/UNDERPASS ☐
- IMPROPER LANE POSITION/CHANGE ☐
- DISOBEY TRAFFIC DEVICE ☐
  - **FAILED TO YIELD:**
- PEDESTRIAN ☐   CYCLIST ☐
  VEHICLE ☐

QUALIFIED FOR LINE TRAINING ☐

CDL-19A/ROAD TEST COMPLETED ☐

## III. HIGHWAY DRIVING

- OBSERVATION/JUDGMENT ☐
- PROPER SPEED ☐
- ENTERING ☐
- IMPROPER LANE  POSITION/CHANGE ☐
- SIGNALING ☐
- VEHICLE CONTROL ☐
- EXITING ☐

| REASON FOR DISQUALIFICATION | |
|---|---|
| • TROLLEY BRAKE ENGAGED | ☐ |
| • DANGEROUS ACTION | ☐ |
| • UNSATISFACTORY | ☐ |

STUDENT B/O: _____     INSTRUCTOR: _____

9

# DEPARTMENT OF BUSES

**LINE TRAINING:     QUALIFICATION**          DAY 8 ☐          DAY 9 ☒

STUDENT: _____ PASS # _____     INSTRUCTOR: _____     DATE: _____

## I.  PRE-TRIP INSPECTION

- EXT. BODY, LIGHTS, REFLECTORS ☐
- TIRES, RIMS, LUGS, LEAKS ☐
- BODY PARTS ☐
- SAFETY EQUIPMENT (FIRE EXT) ☐
- EMERGENCY EXITS ☐
- SEATS/ GRAB RAILS/ FLOORS ☐
- PASSENGER ENTRY/EXIT DOORS ☐
- STEERING WHEEL, DIRECTIONALS ☐
- INTERIOR LIGHTS ☐
- HORN, WIPERS, HEATER, DEFROST ☐
- GAUGES, SWITCHES, LIGHTS ☐
- AIR BRAKE TEST ☐
- MIRRORS ☐
- BRAKE TEST (SERVICE/PARKING) ☐
- B/O SEAT BELT ☐

COMMENTS: _____

Qualified

Report To Jamaica Depot
MON 5/13/19  8:30 Am
0/Supt Zella + Smalls
IN Depot YARD

## II.  STREETS OF THE CITY

- FORWARD PLANNING ☐
- OBSERVATION/JUDGMENT ☐
- SIGNALING ☐
- TURNS:    WIDE ☐ · STRUCK CURB ☐
- INSUFFICIENT USE OF MIRRORS ☐
- IMPROPER SPEED ☐
- BUS STOPS ☐
- STOPPING POSITION ☐
- RIGHT SIDE COVERED ☐    OK
- CONTROL ON UP & DOWN GRADE ☐
- VEHICLE CONTROL ☐
- BRIDGES/UNDERPASS ☐
- IMPROPER LANE POSITION/CHANGE ☐
- DISOBEY TRAFFIC DEVICE ☐
  - **FAILED TO YIELD:**
  PEDESTRIAN ☐     CYCLIST ☐
            VEHICLE ☐

Congradulations! Good Luck @

**QUALIFIED FOR LINE TRAINING** ☒

## III.  HIGHWAY DRIVING

- OBSERVATION/JUDGMENT ☐
- PROPER SPEED ☐
- ENTERING ☐
- IMPROPER LANE  POSITION/CHANGE ☐
- SIGNALING ☐
- VEHICLE CONTROL ☐
- EXITING ☐

**CDL-19A/ROAD TEST COMPLETED** ☐

| REASON FOR DISQUALIFICATION | |
|---|---|
| • TROLLEY  BRAKE  ENGAGED | ☐ |
| • DANGEROUS ACTION | ☐ |
| • UNSATISFACTORY | ☐ |

STUDENT B/O: _____          INSTRUCTOR: _____

10

## Plaitiff's MTA EEO Complaint(s) against FLUNKY'S.

May 7th, 2019. Plaintiff Evans, used  Google to locate the contact number for the MTA's EEO office.

Plaintiff Evans was able to speak with a Mr.  Green.

After listening to the plaintiff's retaliation complaint. Mr. Green gave Plaintiff Evans the name and

contact information of Mr

. Antonio Seda. Mr. Green was even so kindly professional to tell Plaintiff Evans, he would notify Mr.

Seda of This MTA employee's issues. And yes the same Antonio Seda that was deposed in my case and

testified at my trial.

(I was forced to use Google. Because no matter how or where I searched. I could find no one willing to

help with my issues at the MTA.)

May 8, 2019 Day: 7 of training of training with Superintendent King. Plaintiff Evans Called Mr. Antonio

Seda of the MTA's EEO & Development office to make a claim of retaliation againt Superintendent King,

Gonzalez Olivia and Mr. Napoli. Plaintiff could only leave a message on Seda's voice mail.

 May 10, 2019 Day: 9 of training. Day: 2 of training with Superintendent Jernigan. Mr. Seda returned

Plaintiff's call (audio recording of call is available) . Mr. Seda requested Plaintiff Evans send him by e-

mail. The audio and video recordings of Superintendent King's retaliatory flunky type conduct and

unequal training.

  Plaintiff Evans replied to Mr. Seda that she would seek the advice of her attorneys before completing

Mr. Seda's request.

Plaintiff Evans then asked Mr. Seda to confirm a date,  best to come in and formally file a complaint with

his office. For the treatment she received during her second time training with the MTA.

Mr. Seda replied that Plaintiff Evans would get that information from a representative from his office

assighned to her. Plaintiff Evans was also told that it might take a couple of days.

  Hours later, Plaintiff Evans recorded a call,  in which she spoke to Mr. Eric Baum. Mr. Baum had said

that it would be a good thing to give Mr. Seda all of my proof and hope he does nothing with it. Plaintiff

was told to "Ride the wave. On, in to a new lawsuit against the MTA." A lawsuit that his firm could not

represent me in. Due to the them being occupied by other matters. But in the meantime, I should keep

up the fight. And Congratulations on doing so well on passing my training with Superintendent Jernigan.

   Plaintiff Evans emailed to Mr. Antonio Seda the audio and video recordings of Superintendent King's

conduct during, "training". As proof of my harassment, retaliation and unequal training complaint

against Superintendents King, Olivia, Gonzalez and Mr. Napoli.


Monday June 24, 2019, Plaintiff Evans recorded call to Mr. Seda. Plaintiff left a voicemail message.

Requesting an appointment to file a complaint of retaliation against Superintendent King.

On or about July 10, 2019. Mr. Seda returned a (audio recording available) call to Plaintiff Evans. In this

call Mr. Seda remarked that he was surprised to hear that. Plaintiff Evans wanted to continue on with

her complaint against Superintendent King and the other members of the MTA-flunky's for Sharrocks

crew.

Mr. Seda also stated that he thought: "Plaintiff Evans had a change of heart on filing a complaint against

Superintendent King and the other's. Because Plaintiff Evans had passed her driving test on Day: 9 of

training, with Superintendent Jernigan.

   Plaintiff Evans replied to Mr. Seda with the following.: "No.  I did not change my mind on filing a

complaint. What they did was wrong. I do not want them to get away with what they did to me. And my

lawyer feels it's best also. So if you can please, let me know a date that would be an appointment. For

me to submit my formal written complaint. That would be great. And to be honest I know that  an

investigation takes time. I was call to find out how things were moving forward. But I am shocked to

learn that the investigation has not been started yet."

   Mr. Seda said that he would start an investigation and would have one of his colleagues that handle

these situations get back to me, in the near future.

On or about July 30, 2019. I again called the MTA's EEO office. I explained to Director, Seda: "I have not

received any callbacks from anyone in his office. Mr. Seda stated he was busy. Someone from his office

would be in touch when they were available. Mr. Seda then asked for my R.D.O.'s (regular days off). I

informed Mr. Seda, "Tuesday and Wednesday". Mr. Seda went on to explain. I would be given an

6:51  

←          ⤓   🗑   ✉   ⋮

# EEO & Diversity Appointment ⤷

Inbox                                    ☆

(K)  **Kang, Marissa** 8/9/2019          ↩   ⋮
     to me, Seda ⌄

Good Afternoon Ms. Evans,

As per your discussion with AVP Antonio Seda a few moments
ago, we are confirming that you are scheduled for an interview
with EEO & Diversity on **Monday, August 12, 2019 at 11:00
AM**.  We are located at 130 Livingston Street on the 3rd floor,
and you may ask for me when you arrive.

Please feel free to contact me with any questions.

Best,

**Marissa J. Kang**

**EEO Investigator**

130 Livingston Street, 3rd Floor | Brooklyn, NY 11201

marissa.kang@nyct.com

718.694.5980 | 718.694.4525 (fax)



**CONFIDENTIALITY NOTICE:**



appointment date to file my complaint on a regularly scheduled work day. And the "Depot General" would be made aware of my situation. So the "Depot General" could make arrangements to have someone "cover my shift". I expressed to Mr. Seda: "I was not comfortable with that arrangement." Because I did not want to be labeled a "troublemaker" once again at my constant place of work with the "Depot General".

Mr. Seda's replied "That is the policy. The MTA is willing to pay you for filing a complaint on your a regularly scheduled work day. Than to pay you to come in on your day off."

I started to Mr. Seda, "I am more than willing to forgo being compensated so that I may come in on my day off to file my complaint with out the Depot General becoming involved.

 Director Seda replied "that is not MTA policy" then disconnected from the call. ( call audio recorded)

On or about August 07, 2019. Plaintiff Evans received a call from Ms. Marissa Kang, MTA's EEO Director of investigation. Director Kang informed Plaintiff Evans, Monday August 12, 2019 would be the date available to file the retaliation complaint.

On or about Monday August 12, 2019 on my way to appointment with MTA'S EEO Investigation Director Ms. Kang. Plaintiff Evans had a chance encounter with MTA Union President Mr. Carlos Saliva.

 During this encounter Plaintiff Evans explained her complaint. Mr. Saliva recommend that Plaintiff Evans keep the appointment with Ms. Kang only to reschedule for another appointment for the complaint, accompanied with the assistance of a Union Local 100 representative as an advocate and witness on Plaintiff Evans' behalf.

 And so I did every such thing that Union President Saliva recommended. I made a call to the Union local 100 office, spoke to representative, Mr. Clarence Patterson. I explained the purpose of the call and who directed me to make it. I was then told by Mr. Patterson, "More than likely the Union would know of the new upcoming MTA EEO appointment date and would have a Union representative meet me at the EEO office. But if I wanted to I should call back as soon as I was made aware of the rescheduled MTA's EEO appointment date by EEO investigation Director Ms. Kang." "To be on the safe side".



**Kang, Marissa** 8/15/2019

to me ∨

Good Afternoon Ms. Evans,

I tried calling you at 646-964-3412, but received a busy signal.
I just spoke with Mr. Cooper, and he advised me that there is
no issue with you coming to your interview tomorrow at 2:00
PM, as scheduled.  However, you must still go see him at his
office.

Best,

**Marissa J. Kang**

**EEO Investigator**

130 Livingston Street, 3rd Floor | Brooklyn, NY 11201

marissa.kang@nyct.com

718.694.5980 | 718.694.4525 (fax)



**CONFIDENTIALITY NOTICE:**

The contents of this email message and any attachments are intended
solely for the addressee(s) and may contain confidential and/or privileged
information and may be legally protected from disclosure.  If you are not
the intended recipient of this message or their agent, or if this message
has been addressed to you in error, please immediately alert the sender by
reply email and then delete this message and any attachments.  If you are

August 15th, 2019. Plaintiff Evans, received an email correspondence, from Ms. Kang. Stating she made an attempt to inform Depot General Mr. Cooper. That a complaint was attempting to be filed with TRANSIT's EEO & Diversity office.

 Firstly, the contact number Ms. Kang, claims  to have attempted, to contact me by. In her email is not my current number.  646-964-3412 had been  my number about elevan years ago. I believe I used that number as part of the contact information I submitted for the MTA's online application process. I have had my current number for over eight years now. I do not believe Ms. Kang accidentally dialed the wrong number and then wrote it in an email to me. My current number is the same number that has been on file at the MTA since my first training with Superintendent Sharrocks. I just gave flunky Kang my number a few days ago.

 I take it as further conformation, that in her eyes I am seen as a troublemaker. Which confirms to me that Ms. Kang is indeed another one of Sharrocks's Flunkys.

The email also has an appointment date and time of August 16th, 2019 at 2:00 pm.

I saw not allowed to keep my EEO & diversity appointment. Depot General, Mr. Cooper, informed me, that he, had not been informed within ample enough time. To excuse me for my EEO appointment. When I protested the reasoning behind not being able to keep the appointment. I was reminded of the fact that I am still on probation.

 In my mind eye I could see Mr. Cooper digging in that big hole right along side Ms. Kang and the rest of them.(See copy of email)

August 17, 2019. Is the date choosen by Investigation Director, Ms. Kang, for Plaintiff Evans, to submit her written statement of experiencing retaliation. In the form of a MTA'S EEO complaint. Plaintiff Evans was all set. She had notified the Union and secured a representative.

 When the time arrived Plaintiff Evans notified the Depot General Mr. Cooper I would be heading to the EEO office. Mr. Cooper Plaintiff Evans that he had not been notified in ample enough time by Investigation Director Ms. Kang.

Page 1 of 1



**New York City Transit**

CORRESPONDENCE SHEET

DATE: 8/19/19

TO: Department of Equal Employment Opportunity & Diversity

FROM: Tiffany S. Evans    BUS OPERATOR    H 41361
          Name                      Title               Pass Number

Union Representative Present: Carlos Salina  Twu Rep.

Subject: I came in today to discuss the harassment and unequal treatment I received during training. Ms King made an example of me she would put me in positions that would disqualify me. I was given different rutes from th other students. I was told I couldn't wear a plain blue sweater and to tuck my shirt in I look unprofessional. While allowing Steele to wear a yankee hat and shoes as well as a Nike sweater. He also walked around with his pant underneath his rear. there was a conversation between Oliver + king in which it was said I an a rehire trouble maker and she knows what to do with me. After which king would tell me she doesn't need to teach me anything because I shoud know I "been there done that". I was also intimidated by Gonzely. I tried to get help from the union & Napoli. I was told that he wouldn't help me because its too late he went as far as to laugh at me. He told me to get in the bus with her or come up to Zerega and resign. He also told me I didn't need to receive the same traing as the others shes allowed to do what she wants with me.

Signature: Tiff S Evans

The trans happened on May 10th. I also made a complaint



**New York City Transit**
Department of Equal Employment Opportunity & Diversity
130 Livingston Street, 3rd Floor
Brooklyn, NY 11201



Manager Initial/Signature _____

Date Approved _____

# EEO Complaint Intake Form          Complaint No: _____

## Section I:  Complainant Information

Name: Evans Tiffany Simone                Home Address: 295 Jackson Street TD

BSC ID/Pass No: M41361                    Brooklyn New York 1121

Title: Bus Operator                       Dept/Location: Grand Ave

Race & Gender: Black                      Home No: 718-349-9504 / 355 5423

Supervisor: Ms. Cooper                    Work No: _____

## Section II:  Respondent(s) Information

Name/Title: Kng - Charmane               Name/Title: H. Gonzalez   3rd Nspvr

Dept/Location: Training                   Dept/Location: Training

BSC ID/Pass No: _____          BSC ID/Pass No: _____

    (to be filled in by EEO Investigator)        (to be filled in by EEO Investigator)

## Section III:  Complaint Information

Check the appropriate type(s) of **discrimination** you are alleging:

| | | | |
|---|---|---|---|
| ___ Race | ___ Sexual Orientation | ___ Marital Status | ___ Religion | ___ Victim of Domestic Violence |
| ___ Color | ___ National Origin | ___ Military Status | ___ Gender/Sex | |
| ___ Age | ___ Arrest/Conviction | ___ Disability | ___ Gender Identity | ___ Predisposing Genetic Characteristics |
| ___ Creed | _X_ Retaliation | ___ Ethnicity | | |

Check the appropriate type(s) of **harassment** you are alleging:

| | | | |
|---|---|---|---|
| ___ Race | ___ Sexual Harassment | ___ Marital Status | ___ Religion | ___ Victim of Domestic Violence |
| ___ Color | ___ Sexual Orientation | ___ Military Status | ___ Gender/Sex | |
| ___ Age | ___ National Origin | ___ Disability | ___ Gender Identity | ___ Predisposing Genetic Characteristics |
| ___ Creed | ___ Arrest/Conviction | _X_ Retaliation | ___ Ethnicity | |

Describe the nature of the complaint: (use a separate sheet, if necessary)

Ms Kng + Mr Gonzalez discriminated against me due to my previous

Complaints of Discrimination

## Section III: Complaint Information (Continued)

Did anyone else witness the alleged act?  ___ Yes ___ No

List the witness(es) to the alleged act: (use a separate sheet, if necessary)

Name: _____   Title: _____

Phone No: _____

Name: _____   Title: _____

Phone No: _____

Date of most recent act of discrimination? _Day 7  may 10th_

Do you believe the alleged act of discrimination against you is continuing?  ✓ Yes ___ No

Have you discussed this alleged discriminatory action with your supervisor prior to filing this complaint? ___Yes ___ No

| Agency Designation | NYCT | MaBSTOA | SIRTOA |
|---|---|---|---|
| Employment Status | Provisional | Probation | Permanent |

Union Membership ___ Yes ___ No

Have you filed a grievance with your union about this complaint? ___ Yes ___ No

If yes, specify the status of the grievance

Have you filed a grievance with another forum about this complaint? ___ Yes ___ No

If yes, specify the forum and status

Have you filed a complaint with an outside agency? ___ Yes ___ No

If Yes, specify the agency and complaint number

## Important Information

If you file this complaint with any court, administrative agency such as, the United States Equal Employment Opportunity Commission (EEOC) or the New York State Division of Human Rights (NYSDHR), or any other external forum, the MTA NYCT Department of Equal Employment Opportunity & Diversity will administratively close your case and refer the matter to the Law Department for handling.

If you choose to file with the EEOC, you must file the complaint within 180 days from the date of the alleged discrimination in order to protect your rights. You should contact the nearest EEOC office for additional information about filing a complaint with the EEOC. The MTA NYCT Department of Equal Employment Opportunity & Diversity will provide you with the address and telephone number of the local EEOC office.

If you choose to file with the NYSDHR, you must file the complaint within one year of the most recent act of alleged discrimination in order to protect your rights. You should contact the nearest NYSDHR office for additional information about filing a complaint with the NYSDHR.

## Affirmation

I hereby swear/affirm that the information in this Complaint Intake Form is true and correct to the best of my knowledge, information, and belief.

_____   _____   8-19-19
Complainant's Signature      EEO Investigator              Date

6:53    🔔 📶 21% 🔋

← 🔽 🗑 ✉ ⋮

——— Forwarded message ———
From: **Kang, Marissa** <Marissa.Kang@nyct.com>
Date: Tue, Aug 27, 2019, 3:09 PM
Subject: RE:
To: Tiffany Evans <tiffanyevans83@gmail.com>


Good Afternoon Ms. Evans,


Thank you for the nine emails that you sent me last Friday.
The below six emails did not include any attachments, was
blank, or I was unable to open the audio attachment:


- Ms King stating we all did backing up and parking the
  same and good  which goes against what she put on
  my transcripts


- My driving


- Trying to get help from union reps

<p class= —— Message truncated ——



icon.png

↩ Reply        ↩ Reply all        ↪ Forward

Plaintiff Evans was not "allowed" to attend the meeting to file the complaint. Instead I was told to get my ass back in the seat and go on another run.  By Mr. Cooper who also reminded me that, I was still on probation. He was busy. And me standing there not driving was not a good mix. (See video recordings)

Monday, August 19, 2019. At MTA's EEO office. Plaintiff Evans gave Investigation Director Ms. Kang a verbal as well as a hand written statement accounting the retaliation I suffered.

Plaintiff Evans asked for a copy of the statement she had just written. Ms. Kang chose to reply with "You are not allowed a copy."

At which time Union Local 100 President Mr. Carlos Saliva whom was Plaintiff Evans' Union representative for the meeting informed Ms. Kang.  The statement I had written was a legal document with my signature on it and anything I sigh by law I should have a copy of. Despite it being "transit policy".

Ms. Kang then made puzzling statements such as would have to allow EEO of the MTA only to handle the complaint. And that the investigation would be dropped immediately if I sought outside help.

Mr. Saliva answer for me by informing Ms. Kang that what she was saying did not make any sense.

Suddenly Ms. Kang stated she would have to consult with her supervisor to see what would happen moving forward. And left the room. Leaveing Mr. Saliva and myself to wonder, "what just happened" and "what is going on here"

The wait for Ms. Kang's return had been short. With her return, Director Kang brought clarity and focus as to her motives and intention in receiving, processing and the investigation of my retaliation complaint. At least it was made clear to me. Given my real life experience, while conduct business with the MTA's EEO personnel.

I said to myself. This is not your first rodeo with "These People". I have learned a lot from my first go around. I will never forget the experience as long as I my live.

And poor, sweet, kindhearted Mr. Carpenter. Out of the kindness of his heart. He said. "Yes" to helping me. By just telling of his own personal unjust, humanly unpleasant experience. While just trying to make a living, driving a bus for the MTA Bus Company. " I, like the spirit of the Man Mr. Carpenter. I do not

11

sense a percentage of "good ole boy" in him. What I get is more of a "Do gooder" maybe even an abolitionist I pressed. "

When Ms. Kang returned. She allowed the following words to leave her mouth Mr. Saliva and myself. That she was sorry, but if she gave me a copy of my complaint at this time she would be unable to take the complaint and make it formal. The reason being "There are thousands of complaints, but in order for an investigation to take place it must be approved by management."

At this point I thought it best to take my cues from Mr. Saliva. He looked at me. And so I looked at him. He heard the same words as I. He said nothing. So, I said nothing.

Ms. Kang was done. Along with, her credibility in the handling of this complaint, being shot. To sit here any longer, listening to her. Would have been an acceptance, of the assualt, Flunky/Kang, attempted to preform upon our intelligence. The conduct she displayed while preform professional duties was apparent too both Mr. Saliva and myself. While Ms. Kang was out of the room. I made it a point to bring up the issue of an employee's protected interests. I was able to gauge from his response Mr. Saliva was well informed on the subject. And that I needed my hard earned Union dues to defend my "protect interests rights".

Ms. Kang, asked me for any other documents or copies of evidence to support my complaint. At which time I made it clear that I had video recordings of the abuses I was subjected to. At which time Ms. Kang gave me one of her business cards with the instructions that was to send the recordings along with any other relevant information to the, email address provided on her card.

At which time both Mr. Saliva and myself left the MTA's EEO office. Once outside we briefly discussed the surreal situation we just existed. I was advised by Mr. Saliva to send the recording to the email a.s.a.p. so as to not give Ms. Kang any excuses for not starting an investigation. I was advised to be patient and "See what kind of hole she digs for herself." Mr. Saliva made sure I had his contact information. Wished me a good day. And as I went about myway. I thought to myself and assessing what I thought of Mr. Saliva. Professional, smart, says, what needs to be said. When it needed to be spoken. Yeah my money working for me. I am not crying about union dues. Mr. Saliva has got my vote in

130 Livingston Street
Brooklyn, NY 11201

Andy Byford
President

 **New York City Transit**

August 30, 2019

Ms. Tiffany Evans
295 Jackson St., Apt. 7D
Brooklyn, NY 11211

**In re Tiffany Evans**
**EEO Case # 2019-08-27-0007**

Dear Ms. Evans:

This will acknowledge that your complaint alleging retaliation has been accepted for investigation by the MTA New York City Transit (NYCT) Department of Equal Employment Opportunity & Diversity (EEO & Diversity). Your complaint has been assigned to EEO Investigator Marissa J. Kang. If you wish to discuss this matter further, please do not hesitate to call Ms. Kang at (718) 694-5980.

All future correspondence should be directed to Marissa J. Kang, EEO Investigator, at 130 Livingston Street, 3rd Floor, Brooklyn, NY 11201, or marissa.kang@nyct.com. You should keep Ms. Kang informed of any prolonged absence from work. You are required to give EEO & Diversity staff your full cooperation as the staff carries out its responsibility of investigating your complaint. Failure to cooperate fully with EEO & Diversity staff during the investigation may lead to dismissal of your complaint.

The investigation shall be conducted in as confidential a manner as EEO & Diversity finds appropriate under the particular circumstances of the complaint. Reprisals against and interference with your right to file a complaint or seek counsel concerning such matters constitute a violation of NYCT policy. Any employee who willfully engages in such conduct shall be subject to disciplinary action, up to and including termination.

You have a right to file this complaint with an external administrative agency (See page 2 for the names and telephone numbers of these outside agencies.). However, please be advised that if you file this complaint with any court, administrative agency or other external forum, EEO & Diversity will administratively close your case and refer the matter to the NYCT Law Department for handling.

Letter to Ms. Tiffany Evans
August 30, 2019
Page 2

The following federal and state agencies enforce laws against discrimination:

**U.S. Equal Employmᵉ          rtunity Commission**
New York District Cᵉ
33 Whitehall Street, 5ᵗ
New York, NY 1000 ᵗ
(212) 336-3620 – Telepᵢ  ᵒne
(212) 336-3790 – Fax
(800) 669-4000 – Toll Free

or

**New York State Division of Human Rights**
1 Fordham Plaza, 4ᵗʰ Floor
Bronx, NY 10458
(718) 741-8400
infobronx@dhr.state.ny.us

**New York State Division of Human Rights**
55 Hanson Place, Room 1804
Brooklyn, NY 11217
(718) 722-2856
infobrooklyn@dhr.state.ny.us

**New York State Division of Human Rights**
Adam Clayton Powell State Office Building
163 W 125ᵗʰ Street, 4ᵗʰ Floor
New York, NY 10027
(212) 961-8650
infouppermanhattan@dhr.state.ny.us

There are statutory deadlines for filing complaints with each of these agencies.  Therefore, to
preserve your rights, you should promptly contact the agency for additional information.

Sincerely,

Antonio Seda
Assistant Vice President
EEO Investigations

14

130 Livingston Street
Brooklyn, NY 11201

Andy Byford
President

 **New York City Transit**

August 30, 2019

Ms. Tiffany Evans
295 Jackson St., Apt. 7D
Brooklyn, NY 11211

**In re Tiffany Evans**
**EEO Case # 2019-08-27-0007**

Dear Ms. Evans:

This will acknowledge that your compl
by the MTA New York City Transit (N
Diversity (EEO & Diversity). Your co
Kang. If you wish to discuss this matter f
694-5980.

All future correspondence should be
Livingston Street, 3rd Floor, Brooklyn, 1
Ms. Kang informed of any prolonged
Diversity staff your full cooperation as
complaint. Failure to cooperate fully
lead to dismissal of your complaint.

The investigation shall be conducted
appropriate under the particular circums
with your right to file a complaint or se
of NYCT policy. Any employee wh
disciplinary action, up to and including

You have a right to file this complaint
names and telephone numbers of these p
file this complaint with any court, adm
will administratively close your c
handling.





MTA New York City Transit is an agency of the M

the next election. I will campaign for him. I could use the protection. That I hope to come from the association. I am in a hostile situation, for trying to put some food on my table.

I, now have a copy of my retaliation complaint. Excepted and being "reviewed" for investigation approval(?.. I think.) by the MTA's EEO office. And from speaking with Mr. Saliva. I should be able to get the backing of the "Union Local 100" behind my case. If I present my case as: The facts of my case have preceded to where, "Plaintiff Evans" currently as a full time employee of TRANSIT, in both part and whole represents the protected interests of over seventysix-thousand fellow MTA employees. Whom at all times should be free of retaliation and or harassment, for exercising protected activities. Sounded good to me. Now I need to find another lawyer. And the first thing I need them to do is. Have my case transfered to another judge. A judge that pays attention to a case in there courtroom. Recognizing MY value as a human being. And not be preoccupied with writing beautiful songs or books or screenplays or planning trips to Greece to work on t.v. shows or putting on private concerts on at the courthouse to serenade his special lady. I see Judge Block is way too busy living his best life. To give all and any MTA employee that chooses to file a complaint with the EEO office the freedom to do so with out the fear of reprisal. I need my issues before a new court. Judge Block would never apologize for his biases or his negligence. I just do not see it. (See video recording of EEO meeting)

On or about August 23rd, 2019 I sent Ms. Kang my video recording to email address: marissa.kang@nyct.com.

On or about August 27, 2019. I, received a reply concerning my email from Ms. Kang acknowledging she received my emailed, video recordings.


August 30th, 2019. I received a letter in the mail from Mr. Antonio Seda, Assistant Vice President, EEO Investigations. The letter stated that my complaint is accepted to be investigated and also the contact information for Ms. Marissa J. Kang at the Equal Employment Opportunity & Diversity (See copy of EEO letter)

On or about November 15th, 2019 Plaintiff Evans, called Ms. Kang to ask for an update on her investigation. The reply I received was,  "The investigation is ongoing.

4/8/2020

223

12:51  ·  67%

← **Compose**   📎  ➤  ⋮

From   tiffanyevans83@gmail.com

To   (K)   Kang, Marissa   ⌄

Update

Hello good day I Tiffany Evans am writing this email to submit a piece of evidence in your on going investigation of superintendent King's unprofessional, biased and unequal training. It my assumption that this investigation is in going as I havent received any information about the outcome. What i have for you is a copy of day my 2 training sheet. Here you will see that I was introduced to highway driving ahead of schedule. On day 2 I should not have been asked to drive from queens to Brooklyn on the highway according to the instruction sheet this should have been introduced to me on day 5 of training and it's indicated to be light highway introduction not a 20 to 40 minute commute in heavy morning traffic. And it is said in King's Handwriting that i drove along the highway not on the side of the highway and that i should maintain proper speed and steering, when on day 2 should have been learning proper spacing covering my right turns pivot points and forward planning on the street.

https://mail.google.com/mail/u/0/#inbox?projector=1

6:48  22% 🔋

←       🗎 🗑 ✉ ⋮

# Update ≫ Inbox       ☆

 **Tiffany Evans** 🔗 Mar 4
Hello good day I Tiffany Evans am writing this
email to submit a piece of evidence in your on

 **Kang, Marissa** Mar 9
to me ⌄      ↩ ⋮

Good Afternoon Ms. Evans,

Thank you for the additional information, I have added it to
your file.  The investigation of your complaint is currently open
and pending.

Best,

**Marissa J. Kang**

**Director, EEO Investigations**

130 Livingston Street, 3rd Floor | Brooklyn, NY 11201

marissa.kang@nyct.com

718.694.5980 | 718.694.4525 (fax)



**CONFIDENTIALITY NOTICE:**

March 4, 2020. Plaintiff Evans, emailed to Ms. Kang, two pages of Days: 2 & 5 from the 7-day training,

in Class: 4/29/19, with Superintendent King. As further proof substantiating the complaint.

 (See copy of email)

March 9, 2020 I received an email from Ms. Kang informing me the investigation is still ongoing thank

you for the correspondence. (See copy of email)

Plaintiff Evans account of

MTA Student Bus Training

Course Days 1 — 9

Copy Please

April 29th, 2019. I, Tiffany Evans reported to the (post trial) M.T.A. training facility, class room as required for my bus driver training.

The 1-DAY class room training course was given by class room instructor "Superintendent Olivier".

Mid-day thru this training Superintendent Olivia informed the class that there would be a break and once the class returned from said break trainee's should look on the chalkboard to find out what Superintendent/M.T.A. driving instructor they would be assigned to for the next 7 days of the "On bus driving" portion of the M.T.A. Bus driver training course.

Before excusing myself aforesaid break I asked to speak with Superintendent Olivia.

At which time I, explained that I was only being proactive in requesting that I not be assigned Superintendent's " Herbert Gonzalez, Quintessa Gray and Derek Siegel. And if by chance I would be assigned 1 of these 3 instructor/Superintendent's I would have to at some time in the near future have to request an instructor other than the three aforementioned Superintendent's.

1

Superintendent Olivier stated: "I don't pick who goes where. Whatever prints out of the computer, is what I write on the board. " "But why don't you want to be trained by this 3 Superintendents anyway?". And My reply was: "It's complicated but it does involve a Court order that end with me not being trained by any of these 3 instructors and also I am able to video record any portion of the next 7 days of this On bus MTA driver training course".

Superintendent Olivier then stated: "Like I said. I don't do the picks and it's break time. You can speak to my supervisor if you like. His name is Mr. Napali. Here come with me. Right this way."...

A short time later. After being introduced to Mr.  Napoli. I explained to him that: I cannot be trained by Superintendent's  Gonzalez, Gray and Siegel and why this was the case. Also if he needed further information Human resources should be able to fill in any blanks, he might have.

Mr. Napoli stated that he would contact the human resources department and look in to my concerns. At which time I went on my break with the rest of my class.

April 30, 2019. Day 1 of 7   "MTA NEW  YORK CITY TRANSIT DEPARTMENT OF BUSES STUDENT BUS

OPERATOR ROAD TRAINING COURSE -DAY 1" . First time meeting, instructor/ Superintendent:

CHARMAINE KING as well as my fellow trainees. Every one seemed to be about the business at hand. At

the end of day 1 of 7. The evaluation sheet that was filled in by Superintendent king of my performance

on this first day of training shows my above average conduct and skills as a MTA bus operator trainee.

3

**MTA** New York City Transit

# DEPARTMENT OF BUSES
## STUDENT BUS OPERATOR ROAD TRAINING COURSE
### DAILY TASKS CHECKLIST - DAY 2

DATE: _____ CLASS: _____ INSTRUCTOR: _____ BUS# _____

STUDENT: _____ PASS/PAYROLL#: _____ DEPOT: _____

**NOTE:** ALL UNSATISFACTORY CHECK-OFFS MUST BE ACCOMPANIED WITH APPROPRIATE COMMENTS INDICATING THE INSTRUCTOR'S EVALUATION FOR THIS RATING.

- STUDENT INSTRUCTED ON "S" OR HOOK TURNS. EVALUATED ON ABILITY TO PERFORM VARIOUS TURNING MANUEVERS WITH EMPHASIS ON PROPER FORWARD PLANNING, SET UP, MIRROR USE, PIVOT POINT, SPEED, CLEARANCES, AND FOLLOW THROUGH TO COVER RIGHT.

**SATISFACTORY** ☑   **UNSATISFACTORY** ☐

COMMENTS_____

- STUDENT INTRODUCED TO LIGHT DRIVING CONDITIONS.

|  | SAT | UNSAT |  | SAT | UNSAT |
|---|---|---|---|---|---|
| SEAT BELT | ☑ | ☐ | MIRRORS | ☐ | ☑ |
| STEERING | ☐ | ☑ | DIRECTIONALS | ☐ | ☐ |
| PROPER SPEED | ☑ | ☐ | BRAKING | ☑ | ☐ |
| RIGHT SIDE SPACING | ☐ | ☑ | TURNS | ☐ | ☐ |
| FORWARD PLANNING | ☐ | ☐ |  |  |  |

COMMENTS _B at 39th & Crossbay Blvd right lean must the club must observe mirror ___ turn to avoid curb. Needed observe right side spacing_

- STUDENT INSTRUCTED ON STARTING, STOPPING & PARKING ON INCLINES & DECLINES, AND REQUIREMENTS WHEN APPROACHING RAILROAD CROSSINGS AND DRAWBRIDGES.

**SATISFACTORY** ☑   **UNSATISFACTORY** ☐

COMMENTS _____

- OVERALL PERFORMANCE OF TASKS LEARNED ON DAY 1 AND 2. DEMONSTRATED BASIC DEFENSIVE DRIVING TECHNIQUES WHILE PERFORMING THESE TASKS.

**SATISFACTORY** ☐   **UNSATISFACTORY** ☑

COMMENTS _Needs to observe steering along highway checking mirror every 3 to 5 second to maintain space in lane. With proper steering._

- MINIMUM TIME ALLOTTED TO STUDENT ON SKILL DEVELOPMENT WAS **1 HOUR AND 15 MINUTES.**

**YES** ☑   **NO** ☐

COMMENTS _____

INST. _____   STUDENT _____

(Day 2 of 7, of MTA NEW YORK CITY TRANSIT DEPARTMENT OF BUSES STUDENT BUS OPERATOR ROAD

TRAINING COURSE, CLASS: 4/29/19 with instructor Superintendent CHARMAINE KING) On the date of

May 01, 2019, between ace it I was more than prepared for this MTA training class. & 1:pm in the

afternoon, At the location of Pennsylvania ave. & Linden boulevard in Brooklyn. 4 to 5 MTA busses,

instructor/Superintendents (three of which were CHARMAINE KING, Superintendent OLIVIER (is the (1)

day in class in class instructor/Superintendent from April 29, 2019), HERBERT GONZALEZ and there

classes's of trainee's all met up for the lunch break.

At about 12:40 pm Just prior to leaving the above mentioned location, Superintendent king, my class

(myself included) sat on the bus waiting for Superintendent King to drive on the highway back to

Queens. When instructor/ Superintendent Olivia (Superintendent Olivia had his own bus and class of

students) walked over to our bus and asked Superintendent king for a moment to converse. At which

time Superintendent king exited the bus stood with Superintendent Olivia 3 to 4 feet away from the

main entrance of the  bus. ( I had been seated in the first 3 seats directly next to the main entrance of

the bus with the window open) when I heard Superintendent Olivia say to Superintendent king in a clear

enough voice for me to hear :   "She's  a rehire and she is a troublemaker. If she gives you any trouble

you know what to do with her."

Superintendent king's response had been to give Superintendent Olivia a thumbs up gesture. Then to

cup her hand to her face as if to make call and said: "O-kay. I, Got you. We'll talk later."

Superintendent king then  Got back on our bus. Drove us to Queens to continue training.

   Unfortunately the 2nd half of day 2 of my 7 day training was taking a retaliation laced turn from the

above average conduct I earned from my first day of training and the beginning of day number two.

Once arriving in Queens Superintendent king's  Demeanor had shifted. The day before she had been

more than forthcoming with the information needed to operate the bus in a safe and  Efficient manner.

Now our interaction had been short in cut.  Any questions I had now mostly went unanswered and any

answers  I did receive were now incomplete. Also her style of trainig had shifted. I was the only trainee

on this second day of training with Superintendent King that was made to enter, drive on, switch lanes,

overtake other traffic and exit the highway.   Maneuvers that I knew shouldn't take place, this early on

in the class. I was made to cover material that was not introduced until days four and five, at least When

I had taken the training class a couple of years ago.

/

It had been made clear to me that I was not going to be treated as 0ne, quarter of this MTA bus

operator training class. But an individual, singled out, no longer a member of the class. Superintendent

King made it clear that she didn't like me and the only reason she needed was that Superintendent

Olivia told her that she shouldn't.

At the end of day two of this MTA training class. I received a fraudulently unfavorable written review of

my trainee abilities from Superintendent King.

I Tiffany Evans state the details Superintendent King, wrote by hand on the MTA Document(s) Titled:

"MTA NEW YORK CITY TRANSIT DEPARTMENT OF BUSES STUDENT BUS OPERATOR ROAD TRAINING

COURSE DAILY TASKS CHECKLIST - day 2"  This document is the official daily progress sheet of each

trainee's ability/inability to drive an MTA bus, as "observed" then documented by the

instructor/Superintendent of said trainee.  Please do find copies of the enclosed "CHECKLIST" on Page 2,

section titled: "OVERALL PERFORMANCE OF TASK LEARNED ON DAY 1 AND 2." , "DEMONSTRATE BASIC

DEFENSIVE DRIVE TECHNIQUES WHILE PERFORMING THESE TASKS. " On NO Trainee's second day of

training in the history of the MTA has a Trainee been requested to drive the bus they are being trained

in on any highway in The City of New York. It is against MTA policy to have any trainee drive on any

highway on there second day of training.

     At the end of the day I was left with the simple fact that the training, instruction and treatment I

received from Superintendent King was not equal to that of Superintendent king's three other trainees.

I also knew that I had been retaliated against. From the conversation I heard between Superintendent's

King and Olivia. I also knew I was being harassed in a way that was not (legally speaking) minor.

   Twenty minutes after leaving the MTA training facility I decided I needed to inform the court that I had

been placed in a hostile workplace environment. Which would be totally unacceptable. And now Will

require full front pay; Due to the MTA'S   Hi jinks, antics and just general disregard of decency. Not

mention the violations preformed by the MTA's instructor/Superintendent 's of New York city

employment laws.

So before 6:pm. I  called my attorney Mr. Eric Baum. A short time later I was in a conference call, with

the third party being Mr. Sagar Shah After explaining the retaliation and mistreatment I was forced to

endure during the second  half of my second day of MTA New York CITY TRANSIT...COURSE.

   I was told that the case was over. I was told  that the $40,000.00,  (that I was offered by the MTA to

not retake the training course) was off the table. But they could check to be sure. I was told that I should

take my complaint to the Union representative.


See (Transcript of trial January 24, 2018. Page 641, Rebuttal - Baum, lines: 12 - 25. " The documents,

when you look at them, regarding the driving, do corroborate Tiffany's testimony. You look at day ten

there's an indication on there that she did fine on the highway driving. The document on day seven from

Robert Sharrocks telling her that she  needed additional training makes no reference to day six, doesn't

say that she's not passing because she didn't qualify on day six. Other students testified that Tiffany's

driving was okay,  equal to every body else's driving.  ...How would Tiffany have possibly know that

Robert Sharrocks trained Gonzalez unless Gonzalez confronted her with that information during the

driving test? ..."

Date: 05/02/2019. Class: 4/29/19. Day 3 of 7 "MTA NEW YORK CITY TRANSIT DEPARTMENT OF BUSES

STUDENT BUS OPERATOR ROAD TRAINING PROGRAM - DAY 3"

The morning  antics with Superintendent King started shortly after she first saw me. Superintendent

King greeted her trainees with good mornings and moderate cheer. Superintendent King then turned to

me scanned me with a critical eye. Then stated that I was to remove the blue hooded Nike brand

sweatshirt I was wearing. Because it was not with in the MTA's guide lines as per "proper attire".

 I did my best to explain to Superintendent King. The season is spring. It  is early in the morning. And I

feel a chill. And so I came on the bus with an overcoat. I thought I would feel more comfortable with out

it on. I was correct. I was perfectly comfortable with my hoodie on. I then looked at the other trainees

all men some wearing multi colored hoodies with huge logos, baseball caps of different sports teams.

Sneakers with big air bubbles. I then informed Superintendent King, I was appropriately dressed in black

work boots, navy khaki pants, light blue button up the  front shirt and tie. Just as stated on my

appointment letter from the MTA. (The MTA does not provide uniforms to trainees for free. The MTA

will not provide uniforms for the first sixty days of employment. After sixty days,  a trainee graduates to

driving on a bus solo. No more ride a long instructor/Superintendent. )

Superintendent King then stated to me that if I wanted to continue training I had to remove my

sweatshirt and "... get in the in the hot seat ".

I would be first up to drive.

$a$

At which point I pulled out my phone and started to video record this driving portion of my training. I also recorded the attire of the other trainees as well as my own. Superintendent King did not take kindly to the phone in my hand and let me know It.

I tried to explain the situation to Superintendent King. Her response had been. "Put the phone, away! Get rid of the hoodie! And get behind the wheel! Or get off the bus! Now!

I did as Superintendent King commanded me. I did so because if I stepped off the bus I would not be able to further record, even more of Superintendent King's conduct. It wasn't hard to see the tension. And I also knew I had a court order stating I could record. So that ment me and my attorney had issues to discuss. And so I remained and gave her all the rope she wanted for now. My mission at the MTA had been to do my best as a trainee and also to document the MTA's violations of this court's judgment. And so I removed my "Nike" brand solid navy blue with a small white check on the chest hooded sweatshirt. And continued recording with my phone, while Superintendent King's attention was focused on another trainee.

...At the location of Cross bay boulevard near a Popeyes restaurant. At or about 12:noon, Superintendent Gonzalez, Superintendent OLIVIER and Superintendent King along with their trainees' all met up for the lunch break of the day.

The bus I was on (Superintendent King's) was the last to arrive at this meet up spot. I had been the last to exit the bus. I wanted to take notes and review some notes and video recordings of what had taken place earlier in the day.

When I looked up from my phone and out of the windows. I noticed, Superintendents Gonzalez, Olivia and King standing as a group in conversation.

I had gone back to my notes. When a short time later. I, noticed Superintendent Gonzalez enter the bus. Before I knew it he was standing in front of me and said "Oh. I, didn't know anyone was on this bus .What'syoure name." I thought it was odd that he came on the bus to speak to me at all. So I didn't reply at first. I did not know his intentions. He only stood there.

After a few awkward moments. Earnestly I replied. " Excuse me I am taking some notes right now. And my time is limited. I have to grab a bite to eat. Take care of my personal business and now I have to call

my lawyer on top of this." Still, he stood saying nothing. I got to my feet. Asked Superintendent Gonzalez to allow me to pass. After a long pause. He turned to the side at which time I was able to get off the bus.

 I called my lawyer's office. Mr. Sagar picked up my call. I explained to him about the morning's treatment I received and what just happened with Superintendent Gonzalez.

 Mr. Shah stated that he did not see anything that could be used as harrassment. "Hang in there and good luck." Is what he said before he hung up. I felt as though I had been setup.

 The second half of day three was worst than the first. Superintendent King. Had been given a fuller picture of me through the eyes of Gonzalez and Olivia. All stemming from the sleazball behavior of Sharrocks. Superintendent King, continued to have me preform advanced training manuvers without fully explaining herself. Giving me vague  and incomplete instructions, forcing me to drive the bus on road ways with street construction crews, squeezing down narrow streets. And just creating a potentially hazardous condition for everyone on and near the bus.

## - DAY 4 - MTA TRANSIT BUS OPERATOR TRAINING COURSE

CLASS: 4/29/19, Date: 05/03/2019, Day 4 of 7, MTA NEW YORK CITY TRANSIT DEPARTMENT OF BUSES

STUDENT BUS OPERATOR ROAD TRAINING COURSE -DAY 4-

On the start of this fourth day of the MTA's training course. Superintendent King's training style,

conduct and demeanor while interacting with the Plaintiff had been aggressive and confrontational.

helpfull instructions were non forthcomming. When I asked for instructions on how best to

At or about 12:00 noon.  At the location of and about Westchester Avenue and Castle Hill Avenue, in the

Bronx, N.Y.C.

Superintendent King parked her bus with her charge of trainee's for the day's lunch break. All exited the

bus after Superintendent King announced the pullout time.

  When I attempted to exit the vehicle, I found the door way  blocked by Superintendent Gonzalez.

  Seeing no way around him, I asked that he step aside and allow me to to go on my way.

Still standing in the path of my exit. The actual circumstance of my current situation unfolded

themselves to me in my thought... Superintendent Gonzalez had me trapped in the bus I was being

trained in by Superintendent King. Because of the MTA's lacking in tending to their responsibilities in

investigating not just Mr. Carpenter and the Plaintiff's complaints. But countless other's employed by

the MTA.

Superintendent Gonzalez, folded his arms over his chest. Rocked back and forth on his heels. And with a

sneer on his face said to me.

  "You are a troublemaker with a bad attitude and will not be here very long. "

  I explained to Superintendent Gonzalez that at one point in my professional employment. I was

licensed by the State of New York as a security technician. And that if he did not clear a path for me to

exit the bus, I would use my big black work boot to get him pregnant with his own testicles. Then I

would go to work on his eyes, ears, nose, throat, liver, kidneys and knees

  Superintendent Gonzalez stepped aside allowing me to exit the bus. Once I, was able to I, called my

attorney's office. A short time later I, was explaining to Mr. Shah what had just taken place between

Superintendent Gonzalez and myself. As well as filling him in on my morning's harassment "training" with Superintendent King.

   Mr. Shah replied. "Superintendent Gonzalez is allowed to question and speak to you ."

Plaintiff stated to Mr. Shah, that Superintendent Gonzalez should have been advised to stay away from me. If he is not allowed to train me, because. He is currently employed by the MTA as a Superintendent/instroctor/trainer. He is at work. On duty.  With his own training bus. His own class of trainees. But Superintendent Gonzalez approached me not with the intent to congratulate me. On my court victory. Which would lead to this MTA bus operator training course that is supposed to be but is not "Fair, equal, free of harassment and sexual,  religious,  racial and retaliatory bias.  Superintendent Gonzalez did not approach me to welcome me to the MTA'S family of employees. Superintendent Gonzalez approached me with the express intent to inform me that I was going to suffer retaliation because of "the trouble" I  made for Superintendent Sharrocks. And Superintendent Gonzalez's premeditation had been to stalk the bus I just arrived in and intentionally intended to isolate  me from all other's and intimidate me, out of my job. Superintendent Gonzalez, was successful in causing me to be concerned about my safety, virtue and general well being as a woman.

At which point I pulled out my phone and started to video record this driving portion of my training. I

also recorded the attire of the other trainees as well as my own. Superintendent King did not take kindly

to the phone in my hand and let me know It.

I tried to explain the situation to Superintendent King. Her response had been. "Put the phone, away!

Get rid of the hoodie! And get behind the wheel! Or get off the bus! Now!

I did as Superintendent King commanded me. I did so because if I stepped off the bus I would not be

able to further record, even more of Superintendent King's conduct. It wasn't hard to see the tension.

And I also knew I had a court order stating I could record. So that ment me and my attorney had issues

to discuss. And so I remained and gave her all the rope she wanted for now. My mission at the MTA had

been to do my best as a trainee and also to document the MTA's violations of this court's judgment.

And so I removed my "Nike" brand solid navy blue with a small white check on the chest hooded

sweatshirt. And continued recording with my phone, while Superintendent King's attention was focused

on another trainee.

...At the location of Cross bay boulevard near a Popeyes restaurant. At or about 12:noon,

Superintendent Gonzalez, Superintendent OLIVIER and Superintendent King along with their trainees' all

met up for the lunch break of the day.

The bus I was on (Superintendent King's) was the last to arrive at this meet up spot. I had been the last

to exit the bus. I wanted to take notes and review some notes and video recordings of what had taken

place earlier in the day.

When I looked up from my phone and out of the windows. I noticed, Superintendents Gonzalez, Olivia

and King standing as a group in conversation.

I had gone back to my notes. When a short time later. I, noticed Superintendent Gonzalez enter the

bus. Before I knew it he was standing in front of me and said "Oh. I, didn't know anyone was on this

bus .What'syoure name."  I thought it was odd that  he came on the bus to speak to me at all. So I didn't

reply at first. I did not know his intentions. He only stood there.

After a few awkward moments. Earnestly I replied. " Excuse me I am taking some notes right now. And

my time is limited. I have to grab a bite to eat. Take care of my personal business and now I have to call

**MTA** New York City Transit

# DEPARTMENT OF BUSES
## STUDENT BUS OPERATOR ROAD TRAINING COURSE
## DAILY TASKS CHECKLIST - DAY 5

DATE: _____  CLASS: _____  INSTRUCTOR: _____

STUDENT: _____  PASS/PAYROLL #: _____  DEPOT: _____

**NOTE: ALL UNSATISFACTORY CHECK-OFFS MUST BE ACCOMPANIED WITH APPROPRIATE COMMENTS INDICATING THE INSTRUCTOR'S EVALUATION FOR THIS RATING.**

- STUDENT PERFORMED IN MODERATE – HEAVY TRAFFIC CONDITIONS, WITH EVALUATION ON THE FOLLOWING TASKS:

| | SAT | UNSAT | | SAT | UNSAT |
|---|---|---|---|---|---|
| SEAT BELT | ☑ | | MIRRORS | ☑ | |
| PROPER SPEED | ☑ | | DIRECTIONALS | ☑ | |
| RIGHT SIDE SPACING | ☑ | | BRAKING | ☑ | |
| BUS STOPS | ☑ | | STEERING | ☑ | |
| | | | TURNS | ☑ | |
| | | | FORWARD PLANNING | ☑ | |

COMMENTS: Failed to use the proper speed for conditions (RB) at Curves & passing parked impacts traffic @ 86' going through a red light, failed to demonstrate proper judgment

- STUDENT INTRODUCED TO LIGHT HIGHWAY DRIVING

| | SAT | UNSAT | | SAT | UNSAT |
|---|---|---|---|---|---|
| ENTERING | ☑ | | VEHICLE CONTROL | ☑ | |
| FOLLOWING DISTANCE | ☑ | | LANE CHANGE | ☑ | |
| MIRROR USAGE | ☑ | | OVERALL SPEED | ☑ | |
| OVERHEAD CLEARANCES | ☑ | | EXITING | ☑ | |

COMMENTS: Failed to use proper acceleration

- OVERALL PERFORMANCE OF TASKS LEARNED ON DAY 1 THROUGH DAY 4. DEMONSTRATED BASIC DEFENSIVE DRIVING TECHNIQUES WHILE PERFORMING THESE TASKS.

SATISFACTORY ☐       UNSATISFACTORY ☑

COMMENTS: _____ at 86' Extremely close to parked vehicle (RB) at 181st St. Failed to observe mirrors I know _____ to _____

MINIMUM TIME ALLOTTED TO STUDENT ON SKILL DEVELOPMENT WAS 1 HOUR AND 15 MINUTES

YES ☑       NO ☐

INST. _____      STUDENT'S SIGNATURE _____

## Day 5 MTA TRANSIT BUS OPERATOR TRAINING COURSE

DAY 5 - DATE: 05/6/19, CLASS: 04/29/19, MTA NEW YORK CITY TRANSIT DEPARTMENT OF BUSES

STUDENT BUS OPERATOR ROAD TRAINING COURSE -DAY 5

Day 5 of 7,  training started with me arriving early at Queens Village MTA bus depot. Once again I planned to put my best foot forward and do what I could to salvage my training with Superintendent King. If I could.

My day unfolded as follows: About 20 minutes prior to the start of the days training,  I saw Superintendent King. I approached her with a morning greeting and asked if she had a moment to chat. Superintendent King then  Stated that she does not chat with trainees outside of the formal  class group setting, shot me a dirty look. Turned on her heels and walked away from all of my  enquiries and concerns, training or other wise.

As Superintendent King began walking away I reminded her of the invitation she offered on our first day of training:  "If any of you have any concerns about your training. Or if you are not clear on any procedure or technical manuvers or material we went over. I am available to you. See me on the break if you need to. Feel free to stop and ask me your question before or after class."
Superintendent King, did not stop or slow down but did give me another dirty look, over her shoulder.

A short time later while waiting for the days training to start. All the trainees of MTA's Bus operator training course, Class: 4/29/19 had gathered together and were having a (video recorded) conversation. I injected into the conversation, some of the issues I had been subjected to by Superintendent King.  I had brought up the fact that the training I was receiving was not equal to their own. When I raised the fact that Superintendent King, would have some sort of scary story, of an accident with a prior trainee. That ended in blood and gore. People soiling themselves, with detached limbs. And bad dreams she had the night before. Or calls she  received from other Superintendent's that ended in trainee mishaps. Also the misfortunes of other previous trainees, she had herself or had heard of from other Superintendents. I brought up the fact that at times Superintendent King,  would talk her filth, directly into my ear. While I had been executing one of the many risky manuvers she directed me to preform, when I was in the "hot seat" While at the same time, putting me in strenuous and hazardous situations. Forcing me to squeeze

the training bus in and out of tight spaces. Giving me extremely Difficult and different Routines than them.

In our conversation I, expressed, the split personality Superintendent King had been demonstrating. When interacting with the class as a whole and the other trainees individually and then, the abrupt switch in, of and about her demeanor when ever Superintendent King had to give individual training instructions, directly with me.

I made it a point to ask my fellow classmates If they had noticed on more than one occasion How I would ask one of them to step aside so that I might get a better view Of superintendent king demonstrating the proper operation of the equipment for example the "black box" and how her response had always been the same. "Oh you can stay right there. She doesn't need to say it again she's been here before."

All the other trainees acknowledged and affirmed that they saw the situation for what it was and not for what it appeared to be. One trainee stated "She seemed bipolar." Another one said. "I thought it was something personal." Another one of the trainees remarked: "Maybe she is trying to bring the best out of you. You know, make you tuffer. You, do not know, the crazy situations you might encounter, driving your own bus, on the streets by yourself".

My reply had been: "I am training for a job as a bus driver. I am trying to drive a bus, I am not applying for a job as a stunt driver. And I am not a "Navy Seal". I am not going into combat. If I had a passenger who's behavior was only half as outrageous, offensive, disturbing and distracting her's has been. I would pull the bus over and call the cops. Keep myself safe until they take her away. To the hospital or jail or just let her walk to her destination. She (Superintendent King) is not giving this class the proper training. If any of you ask her: "What you should do. If you have a passenger, that was creating such a disturbance, that made it difficult for you to operate the bus in a safe, courteous and efficient manner? What you should do, in a similar set of conditions?

She's going to tell you. To pull over. Call the base. And or call the cops. That is same as I just told you. So why do I have to train under these circumstances. When If the proper response is to do, what? If we encounter such a person. We are to pull over and call the cops. Call the base. And or both. Having me

driving this bus on the City streets like it's an obstacle course is putting your lives in danger. Yours mine and others.

Each and every one of you came and told me, you were impressed with, the way I handle the bus. As a matter of fact You. And You told me you almost shit your pants. When she had me, driving back to Queens on the highway. On our second day of training, on the bus. You thought you, would be the next person to drive on the highway, on Day: 2. That was not the case. She only allowed the rest of you to drive on the highway today, on Day: 5 of training.

Also, ever since Superintendent King mentioned that this is the second time I am taking this training. Every one of you asked for assistance, advice, a heads-up on what to expect next or just general training material, and about raises plus benefits Superintendent King had not covered yet. I have done my best to give you all the information, my knowledge and wisdom has associated with your question. And every time, what answer I have given you. Has been spot-on. And that is a result of me being here before. I mean,  exactly in a similar position a few years ago."

At this point I, (Tiffany Evans, Plaintiff) explained to my fellow trainees of MTA Class: 4/29/19, step by step from my introduction to the MTA thru Trial. From my previous Superintendent/ instructor Sharrocks, onto the complaint filed with MTA's EEO, then onto the MTA policy on investigating employee complaints... . Step by step all the way to relevant,  perspective  present.

I wanted all trainees of "MTA Class 4/29/19" to see  the situation for exactly for what the situation was and not for what it appeared to be.

With the rest of MTA's  Class: 4//29/19, acknowledgement. My concerns, considered validated. Among my fellow Trainees.

So. At or about 12:45pm towards the end of the days lunch break I, (Plaintiff) Tiffany Evans brought to the attention of Superintendent King, concerns associated with my/our "MTA Training Course" That came about as a result of the issues spoken of in the conference MTA Class: 4/29/19 had earlier in the a.m. hours of the day.

Superintendent King, gasped and "clutched her pearls in suprise." As she was made aware of the

conference and as I ran through the issues resulting from the conference the Class conducted. Her act of

suprise continued as the entire Class watched on in scepticism.

 It had taken a minute  But as she regained her composure. Superintendent King, flexed her authority

over her Class of Trainees. By asking if the concerns I'd just mentioned were shared among her entire

Class. Silence from the Class. And as Superintendent King scanned the room, briefly pausing for an

answer. Along with Superintendent King I scanned the room myself  And from my perspective what

could sense was so familiar to me. Three men just not wanting to get involved.  Silent, seated, Fidgetting

in discomfort, finding far too much interest at the dirt on the floor. with their tails tucked between their

legs. Plagued with the short sightedness of a job. And the fear of not getting this job, fear which

rendered Superintendent King's Trainees unwilling to take a stand for their own safety and best

interests.

The silence had been broken by the following statement from Superintendent King: "O-kay, I see the

only person who has issue, is the only person who has failed every day of training so far. And from what

I know every one here is well on their way to being employed by the MTA as a bus driver. Everyone

except for you. You are the last person any smart trainee should want to represent them. We will be

pulling out shortly. You should think of what will be filled in on your evaluation sheet at the end of the

day. Pass or fail, again"

Superintendent King started to reach her stride of over the top, immature, belligerent behaviors,

towards me.

  I thought to myself. "Then, so be it."  And stated. I have videorecorded the concerns of your trainees

and your reaction to those concerns. I have every intention to file a complaint with your supervisor Mr.

Napoli.

  Without missing a beat, Superintendent King replied: "Good luck with that. Now if you want to. You

can get off the bus right now and go see Mr. Napoli to file your complaint. But I'm sure the options

available to you are: 1)  Resign. Or 2) get back on the bus and make up the time you are wasting in his

office. Stop recording. You do not have MY permission to record  Any portion of MY training session. You are on MTA property as a trainee, in MY Class.  Put your phone away.

 As I watched Superintendent King's face looked into her eyes, saw her lips form the words she had been saying to me. As I listened to the words coming out of this person's mouth I could sense the mind of a wicked flunky was at work powering her brain. knew for a fact that if the conduct of Superintendent King went before a jury of my peers I would win a federal trial. I took comfort I my knowledge that the time for that has come and gone.

The time now, is for me, as "Plaintiff Evans" on MY Federal case. To push the button, I have labeled "Judge Block". And once I push the button and give the court the evidence I have collected. Which will start a process that results in me recovering my back pay, front pay and punitive damages set to such an amount that are to leave an impression on a Transportation company worth billions.

I am from New York City. Home of the good old saying: "Time is money. " I have to be a good businessperson. I have to protect my best financial interests. I will not ruin my opportunity to pass down generational wealth to my children and those yet to come.

Wanting to deescalate the tension in the air. I thought to just. "Step off the bus." Not, to file my complaint just yet. But to clear my head. Take  a few deep breaths. Not enough time to call my attorney. But enough time to take a few deep breaths for sure. But I did not. I did not  want Superintendent King to get the "WRONG IDEA ". Close the door and leave me stranded on the street. And so I thought it would be best to get to the back of the bus. To polish off my integrity. On my way there. I thought to myself. Put my phone away? She wants  me to stop recording? Why does she not know that if wanted  a full camera crew filming "MY Training". Then it would be so. I have a court order that says so. As long as I pay for it out of my own pocket. I would have hired someone to help me film this shit/training. If the judge would have let my lost wages award stand. What is the ryme and reason as to WHY. Eric told me the reason the court gave for removing MY MONEY was basically because judge Block could not imagine giving Tiffany Evans any lump sum of money. Even though by all accounts you should have it. He is just not going to give you any real money. He wants you to drive the bus. That is were he sees you. And he is not going to allow ME to try and have him see you in a different light than the light he sees you in. The

case is over. This "Training" is all you have. You have no other option but to do the best you can with what you have, to do it with. Or you can walk away. YOU won the case. The issues of your complaint have been validated. No one can take that from you. You can tell anyone you wish to about your victory in the court room. You can show them with the Transcripts of your trial. YOU have one hell of a story... But Eric I did not do this for a story. I wanted a job, I could use my CDL license in. Why because driving around is easy and with the right set-up a driver can make a good living. I wanted to sleep in my bed every night. And not out on the road. Been there. Done that. So I did this because I have a three year old. I need to provide for. He deserves a good life. What can I do to give him that. A stable home. Be a good role model for him. Leave him a house or two, if I can. I chose to apply for a job at the MTA because I had every intention to drive the bus for two or three years. Then start my rise up the rank with in the MTA advancing from position to position until. I would feel comfortable with the combination of pay and status and perks MY ideal position with in the MTA for me to preform and offer my best talents towards. This is not going to be a waste of my time. The MTA does not want me to work for Them no matter what. They offered me $40000 not to take the job. At this point it isn't hard to tell that they don't care about a judge name Frederic block or his court order. I have my lawyer telling me that there's nothing that the judge will do the case is over with. But that leaves me with the question of why would the judge allowed me to video record my training. If he didn't plan to review it. That does not make any sense to me. I can't put it together. Eric and Sagar are wrong, but I don't know how to contact the judge without them. My Eric is telling me that I have a great case and that I need to file a complaint with in the MTA's Complaint agencies. That is B.S. He knows for a fact what will happen to my complaint. It will go the same as it had before. And if I have to go through this whole process all over again. I, won't get paid, for all the time that I'm fighting my issues, not working? It's just not right.  It is as if Judge Block, is saying: "It is my opinion  with the full authority of the Southern District of New York and the United States Federal Court System feel: YOU can't work at the MTA, also. just move on. . .Don't you get the message?... You are black woman just be happy I let you win the case.... Scram!... Move along. Nothing for YOU, here.... I took your $100,000.00 because I, just can not see you walking away with anything tangible. I do know it is arbitrary and capricious, I want to send you and all like you a clear message.

I have a big problem with that. Slavery is over. I am a New Yorker. Time is money. I am from Brooklyn, I'm gonna fight, for my shit. They are trying to take the food out of the mouths of my children. I have a big problem with that. As a Black, Female. That is six foot tall. who can trace  My lineage back to my ancestors in bondage, in this country. All I can say is. Oppression makes a wise man mad. I WANT MY FUCKING MONEY!  I did not get an apology from Superintendent Sharrocks and I did not get an apology from the MTA. Not that I can do anything with an apology. I do not forgive you for doing me wrong. Keep the apology and give me all me money. Everybody is giving his ass to kiss. Am I expected to behave as if judge Block does not think I deserve no more than a couple of lousy nigger pennies? I remember Judge Block stating that he did not know about my health, it's good enough to pass the MTA's medical examination. Judge Block also asked I don't know what my work life expectancy is... how long I plan on working.  So,  Judge Block states that he can not award futures." If an insurance adjuster can make a determination of futures. That is B.S. Judge Block just did not want to deal with giving me my money. He would rather place me in this nasty. Hostile environment. I don't like all of the adjusting he did in my case.  Why not let the jury's decision stand. If it was that bad.  Have a mistrial and do it over again. What did he say if the jury comes back in my favor then he throw the verdict out. What kind of ass backwards sh!t is that. What does Mr. Frederick Block think about David Sharrocks and his co-defendants at the MTA? Sorry about the Trial. I don't know what was wrong with the jury. I was about to over turn their verdict.... But don't worry you money is safe. I just see someone like her having any money. What does Frederick Block think of Tiffany Evans? Would it make any difference if he would have known that after I was forced to resign from the MTA the first time. That I enrolled in College with two months of David Sharrocks a.k.a. Nasty Creep putting his filthy paws on my person, forcing my resignation? He should be on the national sex offenders registry. What is Block going to do when see my new evidence? I hope he recuses himself. Wea, I don't need a Judge a Block. What I need is a Judge Give or a judge Fair. I need to find a another lawyer willing to explain my issues. What is this really all  about?  I am, in the position, I am in. Because of Judge Block's bias. Classism, sexism, ageism,  culturalism, racism and or combination of all... Who knows but definitely bias. Why was the Superintendent training me not notified by the Court of the out come of my case?  Why was Mr. Napoli not notified of my court decision? Why was she

not notify in why she givin me a hard time because I'm recording. How do I make sure that this works out well for me.

O-kay judge Block said: that he would not being a passenger on a bus I was operating. But how can that be if he totally  Totally ignored the fact that I was to be Immediately hired. Immediate hire means that I should have been at work within a week of the end of the trial. Not months later. I should have been paid for all those months between the end of the trial and it's time I started. The MTA said that I was not immediately hired and due to the fact of their policy in which a trainee has to wait 5 years. When Eric acts them about why I wasn't immediately hired their response was the 5 years was it up the MTA's policy. Should have been overruled by the court order,  from my case. What was the purpose of me filing my papers record. If a federal court has no power over the MTA. The MTA made it very clear they did not want me to work there they offered me $40,000. to not take the job.  I am truly disgusted at that offer especially after judge Block took money lost wages. I feel as though I'm trapped between a rock and a hard place. I am a New Yorker. I was raised on Capitalism. I am not stupid.  I feel like I'm being squeeze and I want my money, what am I supposed to do. My lawyers are telling me that I can do THIS all over again.  With someone else. He said to me. "He is too busy."

I do not believe him. I feel as though. He isn't busy, he scare. Eric told me  That it was time for him to cut his losses. He was not going to see any more money from this case.  Eric was very upset because he felt as though the case was a million dollar case at least and he wanted his 40% of that.  He said he had to move on.  He told me that every time, He brought Up the issue of monies owed to me by MTA, Judge Block refused to discuss it. On that I saw for myself that was 1000% true... I remember at the start of my trial when the judge said to Eric he was going to abuse him, again. I thought it was a joke. No, he meant it. Every time Eric brought up my money. It  Was a bedtime or the judge didn't see the relevance in the issue of monetary awards. Now I don't know If the judge has bias toward me or Eric or both of us. Eric told me, he was not going to, notify the court of any of my concerns, during this second training. Eric told me that he did not want to make the judge mad. Because,  He would have to go before Judge Block in the future.... he had been paid already  The judge wasn't gonna give him any more money and when I offered when I asked how much it would cause to have him do that for me he wouldn't take my

moneyCoward.... Fine I am woman enough to ask for my own money.... I could do what I felt would be best with the video recordings. He was not going to past my recordings onto the court.I know, I don't want to spend another 4 years of my life, Going through this all over again for $32000. All I wanted to do was go work get pay check at the end of a week buy a home by house go on some vacations raise my son's up well and I can't do that with the stress I'm under. And broke.

 I need a judgment based on the facts not based on feelings. I don't know what the equivalent is in legalese. What Judge Block is trying to force on me is a: "Wham Bam Thank you ma'am."

 But what I am saying is: No money. No honey.

 I am not punch drunk from all the abuses that I have suffered from the time that I met superintendent Sharrocks and the way that I was treated by the MTA after I failed my complaint on him. Then on to the sane human indifference for for my financial wellbeing by Judge Block in his court room. I look on YouTube and look at the interviews Judge Block has given. I also have looked into his literary history and as a personality whose had an professional experience in his court room I can honestly and say that he is a fraud. He talks the talk. But does not walk the walk. This Judge Block has me to were my lawyers are afraid to represent me. He has them to wear they would rather file a false Document in judge Block's courtroom rather than inform the court of my retaliation. I don't know what these pale folks are trying to give me but I want to be made whole in Spades. (Pun in tended) and my attorneys Eric Balm and Sagar, want to cut there losses. Violate the "Client Bill Of Rights" I signed when I also signed the retainer agreement along with the other paperwork I received the first time I went to there office. It is eather Judge Block have my attorney's All shook up to the point that they are willing to risk taking me for a fool and risk a malpractice suit for Purposefully giving me misleading information. And become negligent in their fiduciary duties, on my behalf. Or. They are all in bed together on this. Against me. I do not want this type of justice. This is the same sh!t they gave the Indians. Talking the talk and not walking the walk. Talking out of the side of his neck about Collateral consequences. About a dope dealing future teacher, who got caught red handed. And what of me. What of my dreams to make the best possible father for my grand children. How am I to create a stable and nurturing home for my sons. While this guy Block is to busy planning trips to Greece to put together a bunch of lies to feed the masses that will blindly

patronize the work his name is attached to. One thing I know for sure is that I do not want Block to

oversee my case any longer. I need to contact the media. And let the people know what the truth is.

There is a Clinton appointee judge in the Eastern district of new York who is up to these sorts of

shenanigans. I see in interviews given by Judge Block that he is trying to distance himself from the

person who put him in the position he currently holds. With the now known guns, money and cocaine

flowing through Arkansas under Clinton's watch. And Hillary with the "Made to heel" comments she

made about my father and his brother back in the day. With her current antics she pulled off against

Burney Sanders with the help of the DNC. Dirty politicians are what placed Judge Block in his current

occupation.

Books, films, television. Looks like Judge Block is trying improve his public image, to me. I wonder if a

connection between Block and Jeffrey Epstein. Comes about can I get a retrial. Because I can provide

proof Judge Block is guilty of being a member of the dominant society that has shown bias in his

occupation. Enough with the righteous indignation. I feel like a cat on a hot tin roof.

I need to put myself in a good head space. To operate this vehicle safely and effectively and efficiently.

As my video records show. I know that I will be the first one in the hot seat. As soon as the break is up.

With this nasty broad breathing down my neck. The Charlie breaks are way on the other side of the bus.

She is way to close to me, reaching over me to push buttons on the panel. Clapping her hands next to

my ear. Partly Blocking my view at times.

Plaintiff's Attorney's Total failure in keeping safe and secure the responsibilities of there breach of

Fiduciary duties, to the  Plaintiff. This is a Violation of Plaintiffs: "Clients Bill Of Rights".  IT IS THE

POSITION OF THE LEGAL FIRM OF EISENBERG AND BAUM.

## DAY 6 - MTA TRANSIT BUS OPERATOR TRAINING COURSE

Date 05/7/19. Day 6 of 7, **Class 4/29/19, MTA NEW YORK CITY TRANSIT DEPARTMENT OF BUSES STUDENT BUS OPERATOR ROAD TRAINING COURSE.**

[ Day number 6 is a very important day for a trainee.  The reason being. A Trainee must have a "clear day", ( meaning, a day free of "major mistakes) on Day 6 in order to qualify on Day 7 and  then advance to a one year probationary period as a trainee and all that comes along with it.]

Day number 6 of my training started as usual, with me arriving early.  100% ready willing and able to, Continue my training as an MTA bus operator, trainee.

Once again I tried to find a Union rep  To file a complaint against superintendent King's conduct with. Again I had no success.

A short time later I found myself at the " meet up spot " with the rest of Class: 4/29/19, waiting for Superintendent King to arrive.

I had taken advantage of this opportunity to inform the class Of the following:

I was disappointed in them. Behaving as if my complaints about superintendent King's conduct, were unfounded. I reinformed the trainees' of Class: 4/29/19 of the facts', of the conduct of my, (prior to trial) first MTA Bus Operation Training Course Class: of fellow trainees. I informed Class: 4/29/19 that: " I learned from my first experiences at the MTA."

Which was why I was gland I had the ability to record during my training. I was also glad. I had taken advantage of my ability to record and had the good state of mind to protect myself and did so. I expect for  not one in this class to come to my defense. I explained. I was placed in an extremely difficult position, in the middle of a hostile situation for me as an individual. I had to protect myself by recording the Class's conversations and also the Meeting we had the day before with Superintendent King just after lunch.

And so the training day 6 starts. Acting as a flunky for the perverts and Creeps of Superintendent "Sharrocks & Company" Superintendent King wasted no time in her recklessl attacks on me. By Being recklessly critical of my driving.  Hovering over me. While I was driving, throughout the day I would have to tell her to back away. She was just way too close from my personal space and also for me to operate

25

**DAY 6 - MTA TRANSIT BUS OPERATOR TRAINING COURSE**

Date 05/7/19. Day 6 of 7, **Class 4/29/19, MTA NEW YORK CITY TRANSIT DEPARTMENT OF BUSES**

**STUDENT BUS OPERATOR ROAD TRAINING COURSE.**

[ Day number 6 is a very important day for a trainee.  The reason being.  A Trainee must have a "clear

day", ( meaning, a day free of "major mistakes) on Day 6 in order to qualify on Day 7 and  then advance

to a one year probationary period as a trainee and all that comes along with it.]

Day number 6 of my training started as usual, with me arriving early.  100% ready willing and able to,

Continue my training as an MTA bus operator, trainee.

Once again I tried to find a Union rep  To file a complaint against superintendent King's conduct with.

Again I had no success.

A short time later I found myself at the " meet up spot " with the rest of Class: 4/29/19, waiting for

Superintendent King to arrive.

I had taken advantage of this opportunity to inform the class Of the following:

I was disappointed in them. Behaving as if my complaints about superintendent King's conduct, were

unfounded. I reinformed the trainees' of Class: 4/29/19 of the facts', of the conduct of my, (prior to trial)

first MTA Bus Operation Training Course Class: of fellow trainees. I informed Class: 4/29/19 that: " I

learned from my first experiences at the MTA."

Which was why I was gland I had the ability to record during my training. I was also glad. I had taken

advantage of my ability to record and had the good state of mind to protect myself and did so. I expect

for  not one in this class to come to my defense. I explained. I was placed in an extremely difficult

position, in the middle of a hostile situation for me as an individual. I had to protect myself by recording

the Class's conversations and also the Meeting we had the day before with Superintendent King just

after lunch.

And so the training day 6 starts. Acting as a flunky for the perverts and Creeps of Superintendent

"Sharrocks & Company" Superintendent King wasted no time in her recklessl attacks on me. By Being

recklessly critical of my driving.  Hovering over me. While I was driving, throughout the day I would have

to tell her to back away. She was just way too close from my personal space and also for me to operate

25

the vehicle safely. She was distracting me while I was driving. Clapping her hands in my face. She ordered me to put my falling away. I explained that I was recording I had just turned it off. I offered her my phone I told her if she wanted to that she could check to see if I made any calls or sent any emails or text. Superintendent King declined my offer.

Then I brought up the fact that, She allowed another student To use the phone to ensure child care and then continue to use the phone by going on social media even sharing a video that we all laughed over. Superintending King said nothing. And neither did anyone else. I felt as though she had a personal vendetta against me.

From: Day: 2 through Day: 5 of Class: 4/29/19 training, Superintendent King failed to rotate the order of which trainee would be driving first. It was always me, Plaintiff: Tiffany Evans. Day 6 was no different.

At the end of the day when superintendent king was finished falsifying my days conduct sheet. It was handed to me.

After reviewing the days conduct sheep I brought it to superintendent king's attention that there was information that was false, invalid and also in consequential, to the purpose of the form. Superintendent King asked for me to return the form to her to check and see if she signed it. And when I gave it back to her. Flunky King continued to false the Document even more by adding more lies and discrediting information. When she handed the sheet back to me.I just took it and walked away. I didn't need to look at what was added to know that she stopped me from moving forward on to Qualify on Day: 7. I was crushed. I didn't say a word. On my way home, I didn't tell any of my classmates.

## DAY 7- MTA BUS OPERATOR TRAINING COURSE

Date 05/8/19, Day 7 of 7, Class 4/29/19, MTA NEW YORK CITY TRANSIT DEPARTMENT OF BUSES

STUDENT BUS OPERATOR ROAD TRAINING COURSE -DAY 7.


   Plaintiff arrived early on the last day of training with Superintendent King. I started the morning with

speaking to, Mr. Andrew Napoli, MTA Bus Operator Safety and Training Director at Zerga Training

Center. I told Mr. Napoli that I felt nervous and scared to be on the bus with Superintendent King. I

explained it was due to her treatment over the last six days. I explained to him the lack of fair and equal

MTA bus operations training. Superintendent King displayed And the fact that superintendent king

displayed behavior other that was anything but professional while representing the MTA.  I expressed to

Mr. Napoli that superintendent King had shown belligerent behavior, unequal treatment,  harassment,

incomplete instruction... ect. While on duty and in uniform. Mr. Napoli cut my words short and told me

he would not help me and that I waited too long to let him know. I made it clear to Mr. Napoli that I had

made several calls to him. As well as in person visits asking for help, with my situation. I reminded Mr.

Napoli of a call that ended when he stated he would not help me. I reminded him he found it funny and

laughed at me. Napoli expressed that he was not concerned with the way I felt and that I should get on

the bus with Superintendent King or come up to the "beonx" and retire.

   As soon as the call ended with Mr. Napoli. I did what I could to file a complaint against  Superintendent

King, Olivia, Gonzalez and Mr. Napoli. I made a call to the Director of the MTA's EEO & Development Mr.

Antonio Seida. I was not able to speak with Mr. Seida. I did leave him a detailed message, all about my

training and the four MTA's flunky's of Sharrocks the convicted Sleazeball  Creep. Mr. Seida did not

return my calls to him. (I  called more than once. )

Mr. Seida returned my calls to him on Day: 9 of my training.

By this time I, was nervous, scared, anxious and upset all at once. I had a little bit of time. Before the

others would arrive, to get myself together.

   At the start of the day's training Superintendent King had been her usual sarcastic self. She was a

spektical. She had been in full retaliatory flunky form. Commenting on imaginary, "things I did wrong." I

27

could see she was trying to pick a physical fight with me. I was sure she was trying to use me as an excuse to go out on worker's Compensation.

I did my best to, behaved as I normally would, when charged with responsibilities .I drove the bus as a trainee and looked on  as the others passed their Day: 7 of 7 training. It was a regular training day for me. Because I was failed on Day: 6 of 7 training. Superintendent King was a little soft spoken after the training. Making it seem as though she was trying to help me. It was like an on and off switch with her behavior. She made me drive back to the depot after we got off the highway. stating that I could use the additional drive time. While every one laughed and talked about there new jobs. I didn't understand. If I was such a terrible driver. Why would Superintendent King, be so comfortable, engaging in conversation with her back to me and the road? I listened to the celebration, behind me as I drove. I interrupt and brought my thoughts to her and the classes attention. Superintendent King barley glanced at me.

 Suddenly Superintendent King and the rest of the class had become occupied  retrieving trainee handouts, trainee work  locations for the following day as well as other papers belonging to Superintendent King  she had dropped on the floor.

 Once she organized her papers Superintendent King again became hostile and verbally abusive towards me. I noticed in the driver's mirror used to view the passenger's. Superintendent King had been running her mouth while she was busy marking papers. She was not observing the road nor was she monitoring performance. Superintendent king was so comfortable with my abilities as a driver. She felt safe enough to sit back and do  her paperwork and run her mouth, because I called her out on her behaving unprofessionally.

 When we got back to the depot I departed the bus and didn't speak to anyone.

## DAY 8 - MTA BUS OPERATOR TRAINING COURSE

Date 5/9/19, MTA DEPARTMENT OF BUSES, LINE TRAINING QUALIFICATION DAY 8, with instructor: Ms. S. Jernigan.

I arrived early at the Mother Clara Hale MTA Bus Depot in the village of Harlem N.Y.C. The new MTA instructor introduced herself as Superintendent Jernigan.

Superintendent Jernigan asked for her class of trainees to turn in their student progress tripsheets form Day's 1 - 7 of each trainee and asked each of us to introduce ourselves. After which Superintendent Jernigan asked me if I would mind being the first to drive. I told her that I did not. Superintendent Jernigan went over how to properly set the bus's mirrors. And then assisted in adjusting them for me in my seated driving position. After being all set up and ready to pull the bus out, Superintendent Jernigan noticed that I had my cell phone in my breast pocket. Superintendent Jernigan asked that I put it away or I could not continue training. I, kindly stepped off the bus and explained the circumstances as to why I had my phone.

Superintendent Jernigan reasoned that since the time was before 7: a.m. we would have to wait for confirmation before continuing training. So we waited. For an issue. Involving me. To continue training. WHY. The court gave my attorney $157,000.00 and now I can not even get him on the phone. What kind of setup is this that I am being forced to live through. WHY.

All because I reported an old creepy white man for being an old creepy white man. On the job. Just keep it professional. Your at work.

Now what can I expect from this lady after she gets off the line with the other old creepy white man Mr. Napoli.

What did Judge Block do to my lawyers to have them take a short, on my and there money. Then lie to me, refuse to even notify the court of the humility's I have suffered through ?...

For $157,000.00 I am not to, WAIT for training. My "training is to be immediate" by law. I should have started training with in the next weekly MTA pay cycle. I have children two boys and a husband. I am a family woman. I need to help put food on my table. My Trial ended Sept. 2018 and I do not start training until the 29th day of April. Seven months later. WITHOUT PAY. What is the compensational value to my

29

seven months of not working. The MTA is responsible for the value owed to me. I am not asking for

reparations. In this court what is owned to me. The MTA is not sorry for jerking me around. And I do not

forgive the MTA. I want my money. To much forgiveness happening right now. My case is not the amber

geiger case. What are the Collateral consequences for my sons

  After speaking to Mr. Napoli, Superintendent Jernigan asked that I step off the bus once again. So that

she could have a word with me.

Once off the bus Superintendent Jernigan explained to me that she knew, what was happening to me.

And then stated that she would give me a fair shot. And the only thing to stop me from moving forward

would be me and my driving perfomance. After this conversation, I went on to drive the bus. I did well.

Superintendent Jernigan reminded me of my reference and pivot points. She handed me my daily tasks

checklist for Day 8. I could hardly believe it.  Finally I'm in the MTA. I can start to  Ascend the career

paths held within it.  I do know that I must drive the bus for at least 2 years before changing positions

but I know I'm capable to do that before moving inside to an administrative position I plan on taking the

next test for such a position as soon as the date comes up.  Just like the tens of thousands who have

done the same before me the path is clear I see it. And now finally I have the opportunity. To

manifested into reality For me and my family.  I know I had been retaliated against by members of the

MTA. That is definitely one thing that I have to deal with in the courts. But for right now I am going to

have to take the advice of my attorneys and concentrate on the job. Things have definitely turned

around. It's possible that Mr. Napoli had a change of heart and informed Superintendent Jernigan that

she should start to treat me fairly. NO. I can not give that Creep Napoli the benefit of the doubt.  I

distinctly recall was superintendent journey again said to me, as soon as she got off the phone with him.

She said "I know what they are trying to do to you." She knows. This is the person who should talk to

Judge Block. But how do I I present her, to the court. Eric and Sagar knows how to, but the judge has

such an atmosphere in his court that this two cowardly jokers find it toxic. They want to keep it civil and

do not want to get their hands dirty. They must like being abused by him. I do not. I need for the judge

to be switched in my case or for Block to be impeached. Get some new blood in there. Some one who is

not part of the Good old boys club or the boys will be boys club or the system of white supremacy court

30

club. I see what I am in for what it is. Everyone is on CODE and I am the odd woman out. I don't get

equal justice. I get that justice that broken treaties are based on. I get that New Jim Crow in the civil

court justice. I am not a foreigner who tried to smuggle the white man aspirin into the country. I

exposed the break down of a major system at the MTA.  The mechanism in place used to file complaints

is flawed. And In need of immediate repair. Am I in search of something that does not exist? NO. I know

that it does exist. It was given to me by a jury of my peers. Although it is true that they low balled me on

what I was awarded for punitive damages. But they did not know the system in place with in the

associations of the employee's at the MTA. Superintendent Sharrocks is no longer an employee of the

MTA. But he is still a well loved respected retiree of the MTA, with about thirty years of service to the

MTA. I have been made to understand that. Before I passed my road test, it felt as though I was cought

in a web. I web of Creeps and individuals of low morals. Nasty Gonzalez trying to trap on a bus. And King

clapping her hands in my face as if my nose was butterfly she was trying to kill. I just that flunky. If looks

could kill. I would be six feet under before sunset.

I no longer feel safe handling this solely civilly. I must handle it criminally as well. The next time one of

these creeps or flunkys get too close to my personal space or try to trap me in a hostile situation for my

personal comfort I am making a call to the police on them.

 Superintendent Jernigan had been true to her word. After all these years, I passed. All I  needed was a

professional MTA employee/Superintendent.

 Thinking of it Superintendent Jernigan was only on the phone with Mr. Napoli for two minutes and

forty-seven seconds. (I  know because I timed it.) To short for him to tell her about Sharrocks and my

complaint and the trial and everything else.

 I wonder if I asked Superintendent Jernigan for a statement as to what Director Napoli said on the

phone to her, that made her turn to me with fairness and kindness and say. "I know what they are trying

to do to you. The only thing stopping you..." .

 Or would she ask for my daily evaluation sheet back and think it would be wiser to do as Mr. Napoli

asked of her?

I do not want to push my luck. I am feeling better and I don't want to ruin it. I am going home to my family. I have some good news.

Later on in the evening. Plaintiff Evans  suffered a panic attack (medical diagnosis: Paresthesia). Due me from all the stresses and pressures resulting from the retaliation the MTA and the neglect of Judge Block's court. Resulting in. Medical examination St. Barnabas hospital, MR# 01132291, Attending caregiver: Bartnik, Jakub. (Please see Plaintiff's medical summary from St. Barnabas Hospital dated: 5/9/19.)

## DAY 9 - MTA BUS OPERATOR TRAINING COURSE

Date 5/10/19, MTA DEPARTMENT OF BUSES LINE TRAINING QUALIFICATION DAY 9, WITH INSTRUCTOR:

Ms. S. Jernigan

Day 9 of training started with, Superintendent Jernigan taking her class of four trainee 's out early. She reminded me of things she tought me the day before such as calling out signs and hazards. Be verbal and show forward planning. How I should preform, as if she is not there.

After the road test Superintendent Jernigan congratulated me. On passing my road test.  Told me it was a pleasurable experience and that I was one of the easiest trainees she's worked with in a long time and wish me good luck.

(Three of the four trainees passed on Day: 9 with Superintendent Jernigan. One of the four went on to Day: 10)

Call returned from MTA's EEO & DEVELOPMENT, Director Mr. Antonio Seida.

Mr. Seida requested Plaintiff hand over her recordings to his office for review. Plaintiff explained she would seek the the advice of her attorney first. But requested, to be given access to file a formal complaint. Mr. Seida stated that Plaintiff would have to wait for an investigator to become available to take her complaint. Plaintiff stated that she would wait with anticipation for one of his representatives to contact her.

Life Library and the pursuit of happiness. The lost of the mear opportunity Superintendent Sharrocks denied the Plaintiff has a compensation value associated with it.

Plaintiff Evans, did receive a call back from Mr. Antonio Seida, Director of the MTA's EEO & Development office. Mr. Seida Request Plaintiff Evans email him, her proof in the form of audio and video recordings to him. For the purpose of his investigation.

33